1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Ave.
4  Hagåtña , Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7215/7334

6  Attorneys for the United States of America

F I L E D
Clerk
District Court

JAN 3 0 2006

For The Northern Mariana Islands
By_____
          (Deputy Clerk)

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10

   BERNARD SIKIMOUR PHILLIP,          )    CIVIL CASE NO. 05-0039
11                                     )
                Plaintiff,             )
12                                     )
           vs.                         )
13                                     )
   UNITED STATES OF AMERICA,           )    **ANSWER OF THE UNITED STATES**
14 UNITED STATES DEPARTMENT OF         )
   STATE,                              )
15 UNITED STATES IMMIGRATION AND       )
   CUSTOMS ENFORCEMENT and             )
16 NANCY K. FINN, individually and in her )
   official capacity,                  )
17                                     )
                Defendants.            )
18                                     )

19       Federal Defendant United States of America, by and through its counsel, Mikel W.

20 Schwab, Assistant United States Attorney for the Districts of Guam and the NMI, answers

21 Plaintiff's Complaint in like-numbered paragraphs as follows:

22       1. This is a legal conclusion and does not require an answer.  To the extent it does,

23 DENIES.

24       2. This is a legal conclusion and does not require an answer.

25       3. This is a legal conclusion and does not require an answer.

26       4. The United States is without sufficient information to either admit or deny the

27 allegations contained in paragraph four, and therefore DENIES those allegations.

28       5. ADMITS.

1    6. ADMITS in part, DENIES in part as to the NMI.

2    7. ADMITS.

3    8. The United States is without sufficient information to either admit or deny the

4 allegations contained in paragraph eight, and therefore DENIES those allegations.

5    9. The United States is without sufficient information to either admit or deny the

6 allegations contained in paragraph nine, and therefore DENIES those allegations.

7    10. The United States is without sufficient information to either admit or deny the

8 allegations contained in paragraph ten, and therefore DENIES those allegations.

9    11. The United States admits the passport applications were filed, and denies all other

10 allegations.

11    12. ADMITS as to the letter of July 29, 2005 stating that Mr. Phillip failed to submit

12 specific documentation.

13    13. DENIES.

14    14. The United States is without sufficient information to either admit or deny the

15 allegations contained in paragraph fourteen, and therefore DENIES those allegations.

16    15. DENIES.

17    16. DENIES.

18    17. DENIES.

19    18. ADMITS that the Department does not believe he is a citizen, denies all other

20 allegations.

21    19. The United States is without sufficient information to either admit or deny the

22 allegations contained in paragraph nineteen, and therefore DENIES those allegations.

23    20. DENIES.

24    21. DENIES.

25    22. DENIES.

26    23. DENIES.

27    24. The United States is without sufficient information to either admit or deny the

28 allegations contained in paragraph twenty four, and therefore DENIES those allegations.

25. DENIES.

**PRAYER**

The United States prays that Plaintiff's claim be denied and that both parties bear their own costs.

Dated January 30, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
      for MIKEL W. SCHWAB
      Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I, Erlinda Villagomez, working in the U.S. Attorney's Office, hereby certify that a copy of the Answer in the above-captioned case was served via fax to George L. Hasselback, Esq. of O'Connor Berman Dotts & Banes, Second Floor, Nauru Building, P.O. Box 501969, Saipan, MP 96950-1969 at (670) 234-5683.

Dated: January 30, 2006

ERLINDA VILLAGOMEZ
Legal Assistant