GEORGE L. HASSELBACK, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Bernard Sikimour Phillip

F I L E D
Clerk
District Court

JAN 3 1 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BERNARD SIKIMOUR PHILLIP, | CIVIL CASE NO. 05-0039 |
| Plaintiff, | |
| vs. | NOTICE OF MOTION FOR SUMMARY JUDGMENT |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF STATE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and NANCY K. FINN, individually and in her official capacity, | Date: March 2, 2006<br>Time: 8:30 a.m.<br>Judge: Hon. Alex R. Munson |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff, through counsel, will move for partial summary judgment on March 2, 2005, at 8:30 a.m. or as soon thereafter as the matter may be heard at the above courthouse. This Motion is supported by a Memorandum of Law In Support, as well as all prior pleadings and proceedings had herein and whatever argument that may be adduced at the hearing of this Motion.

Dated: January 31, 2006.

Respectfully submitted,
O'CONNOR BERMAN DOTTS & BANES
Attorney for Plaintiff Bernard S. Phillip

By: _____
GEORGE L. HASSELBACK

1