F I L E D
Clerk
District Court

FEB 1 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BERNARD SIKIMOUR PHILLIP,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF STATE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and NANCY K. FINN, individually and in her official capacity and JOHN AND/OR JANE DOE,<br><br>Defendants. | CIVIL ACTION NO. 05-0039<br><br>NOTICE AND ORDER |

George L. Hasselback          Mikel W. Schwab
Attorney at Law               Assistant U.S. Attorney
P.O. Box 501969               Sirena Plaza, Suite 500
Saipan, MP 96950              108 Hernan Cortez Ave.
                              Hagåtña, GU 96910

The Case Management Conference in the above entitled case is continued until March 10, 2006, at 10:00 a.m. Motions and responses are temporarily suspended. The parties will use that time for the United States to make a clear list of requested information from the passport applicant, and for the applicant to respond. The parties are to make best efforts to resolve the matter by the hearing date.

So noticed and ordered this 16th day of February, 2006.

ALEX R. MUNSON
Judge