```
                                          F I L E D
                                             Clerk
                                         District Court

                                         MAR 2 7 2006

                                    For The Northern Mariana Islands
                                    By_____
                                              (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BERNARD SIKIMOUR PHILLIP,  )<br>                            )<br>         Plaintiff           )<br>                            )<br>    v.                      )<br>                            )<br> UNITED STATES OF AMERICA,   )<br> et al.,                     )<br>                            )<br>         Defendants          )<br>_____) | Civil No. 05-00039<br><br><br>ORDER DISMISSING<br>SUMMARY JUDGMENT MOTION<br>and TAKING SAID MOTION<br>OFF-CALENDAR AS MOOT |

PURSUANT TO the representations of the parties that this matter has been fully settled between them,

IT IS ORDERED that the summary judgment hearing originally set for March 2, 2006, and subsequently taken off-calendar indefinitely at the request of the parties

AO 72
(Rev. 08/82)

while settlement negotiations were on-going, is hereby dismissed as moot and taken off-calendar.

DATED this 27th day of March, 2006.

_____
ALEX R. MUNSON
Judge

2