GEORGE L. HASSELBACK, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Bernard Sikimour Phillip

FILED
Clerk
District Court

APR 19 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BERNARD SIKIMOUR PHILLIP, ) | CIVIL CASE NO. 05-0039 |
| ) | |
| Plaintiff, ) | |
| ) | REQUEST FOR STATUS |
| vs. ) | CONFERENCE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| STATE, UNITED STATES ) | |
| IMMIGRATION AND CUSTOMS ) | |
| ENFORCEMENT and ) | |
| NANCY K. FINN, individually and in her ) | |
| official capacity, ) | |
| ) | |
| Defendants. ) | |

Plaintiff, by and through counsel and pursuant to LR 16.2 CJ(e)(6), requests that this Court set a status conference in the above-captioned matter. Pursuant to the Court's instructions at the Case Management Conference on March 24, 2006, Plaintiff's counsel prepared a Proposed Stipulated Request for Decree and Dismissal of Remaining Causes of Action. A copy of this proposed stipulation is attached hereto as "Exhibit A." This document was provided to counsel for Defendants on March 29, 2006 via an electronic mail attachment. Despite repeated phone messages, emails and a fax transmission of the proposed stipulation to the offices of the United States Attorney in Guam, there has been no response from defense counsel whatsoever.

1
3241-01-060418-PL-REQSTATCONF-glh

WHEREFORE, Plaintiff requests that this Court set a Status Conference in order to determine Defendants' reason for delaying the final disposition of this matter by stipulated dismissal by refusing to communicate with counsel for Plaintiff.

Dated: April 19, 2006.                    Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES
Attorney for Plaintiff Bernard S. Phillip

By: _____
GEORGE L. HASSELBACK

GEORGE L. HASSELBACK, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Bernard Sikimour Phillip

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BERNARD SIKIMOUR PHILLIP, | CIVIL CASE NO. 05-0039 |
| Plaintiff, | |
| vs. | STIPULATED REQUEST FOR DECREE AND DISMISSAL OF REMAINING CAUSES OF ACTION |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF STATE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and NANCY K. FINN, individually and in her official capacity, | |
| Defendants. | |

## STIPULATION

The parties in the above-captioned matter have settled the matter of Plaintiff's entitlement to a United States passport and wish to resolve the other causes of action contained in Plaintiff's Complaint as quickly as possible so that this matter may be put to rest. In order to do so, the parties stipulate that Plaintiff has provided sufficient testimony and documentation to prove that he became a citizen of the United States on November 4, 1986, under Section 301(b) of the Covenant to Establish a Commonwealth of the Northern Mariana Islands in Political Union with the United States of America. Parties further stipulate to dismissal of all remaining causes of action with prejudice, with the Court to retain jurisdiction to enforce the terms and conditions of this stipulated agreement reached between the parties and to determine the amount of any attorney's fees recoverable, if any, should the parties be unable to reach an agreement on that issue.

1
3241-01-0622903-PL-stipdiss-glh            "EXHIBIT A"

SO STIPULATED

_____
George L. Hasselback, Esq.
Counsel for Plaintiff, Bernard S. Phillip

Dated: _____

_____
Mikel Schwab, Esq.
Counsel for Defendants

Dated:_____

## **ORDER**

Based on the stipulation between the parties in this matter, the pleadings and the other papers on file and the applicable law, the Court DECLARES that Bernard Sikimour Phillip has proven to the satisfaction of this Court that he became a citizen of the United States of America on November 4, 1986, under Section 301(b) of the Covenant to Establish a Commonwealth of the Northern Mariana Islands in Political Union with the United States of America, and that he is entitled to all the rights and privileges appertaining thereto.

Furthermore, the Court ORDERS that the remaining causes of action in this lawsuit are hereby dismissed with prejudice. This Court retains jurisdiction in this case to enforce the terms and conditions of the stipulated agreement reached between the parties and to determine the amount of any attorney's fees recoverable, if any, should the parties be unable to reach an agreement on that issue.

Dated: March _____, 2006.

_____
Alex R. Munson, Chief Judge