GEORGE L. HASSELBACK, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

Attorneys for Plaintiff Bernard Sikimour Phillip

FILED
Clerk
District Court

JUN - 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BERNARD SIKIMOUR PHILLIP, | CIVIL CASE NO. 05-0039 |
| Plaintiff, | |
| vs. | PETITION FOR AWARD OF ATTORNEY FEES |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF STATE, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT and NANCY K. FINN, individually and in her official capacity, | Judge: Munson, Chief Judge<br>Date:<br>Time: |
| Defendants. | |

Plaintiff, by and through counsel and pursuant to 28 U.S.C. § 2412, hereby petitions this Court to award payment of Plaintiff's costs and attorney fees from the various defendants associated with bringing the above-captioned suit. Pursuant to 28 U.S.C. § 2412, Plaintiff should be awarded the costs and attorney fees applicable to his civil action against the various defendants. Plaintiff is both eligible for recovery and was the prevailing party in the civil proceeding. *See* Declaration of George L. Hasselback filed separately with this Court. Additionally, the various defendants were not substantially justified in their position of denying that Plaintiff was a United States citizen and therefore entitled to a US passport.

This Petition is supported by the Declaration of George L. Hasselback filed herewith that contains an itemized statement reporting the actual time expended in this case and the rate at which fees and other expenses were computed.

THEREFORE, pursuant to 28 U.S.C.A. § 2412, Plaintiff requests that this Court award him the costs of bringing the above-captioned suit and the attorney fees he incurred in its prosecution in the amount of $12,278.90.

Dated: June 2, 2006.                    Respectfully submitted,

O'CONNOR BERMAN DOTTS & BANES
Attorney for Plaintiff Bernard S. Phillip

By: _____
GEORGE L. HASSELBACK