George L. Hasselback, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building
P.O. Box 501969
Saipan, MP96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683

F I L E D
Clerk
District Court

JUN - 2 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorneys for Plaintiff Bernard Sikimour Phillip

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

Bernard Sikimour Phillip,       )  CIVIL CASE NO. 05-
                                )
            Plaintiff,          )
                                )
    vs.                         )  DECLARATION OF GEORGE L.
                                )  HASSELBACK
                                )
                                )
U.S. SECRETARY OF STATE,        )
UNITED STATES OF AMERICA,       )
UNITED STATES IMMIGRATION AND   )
CUSTOMS ENFORCEMENT and         )
AVIATION SERVICES LTD., dba     )
FREEDOM AIR ,                   )
                                )
            Defendants.         )
_____ )

I, George L. Hasselback, declare under the penalty of perjury according to the laws of the Commonwealth of the Northern Mariana Islands and the United States of America, that the following is true and based upon my personal knowledge, except where noted otherwise, and if called to testify, I could do so competently:

1. In my capacity as attorney for Plaintiff Bernard Sikimour Phillip ("Mr. Phillip"), I instructed my office's accounting staff to prepare an itemized summary of the costs and attorney fees associated with my representation of Mr. Phillip in the above-captioned matter. A copy of this summary is attached hereto as "Exhibit A."

2.  I have reviewed this summary and can verify that it accurately reflects the amount of time billed by the various attorneys that have worked on Mr. Phillip's case.  This time does not reflect the full amount of time that was spent on the prosecution of Mr. Phillip's case.

3.  This matter was initially brought to the attention of Mr. David Banes ("Mr. Banes"), a partner in my firm, who assigned the case to me but remained available for consultation and supervision of my work on this matter.  Additionally, Mr. Joseph Horey ("Mr. Horey") also was available for my consultation and supervised some of the work that I did on this matter.  Mr. Banes only recorded a portion of the time that he spent assisting me on this matter.  The actual time spent by Mr. Banes in consulting with me and reviewing my work on this case are far in excess of the time that is reflected on this itemized statement.

4.  I have reviewed this summary and can verify that it accurately reflects the various costs associated with Mr. Phillip's representation.

5.  Utilizing the standard billing rates for the attorneys who worked on this matter, the costs and attorney fees associated with the prosecution of Mr. Phillip's case amount to $18,142.90.

6.  Utilizing the statutory billing rate under the Equal Access To Justice Act, the costs and attorney fees associated with the prosecution of Mr. Phillip's case amount to $18,142.90.

7.  During the course of my representation of Mr. Phillip, I have learned that he is retired and living off of a limited and fixed income.  Other than a meager income from social security and some personal belongings, Mr. Phillip does not have any appreciable assets that would make him ineligible for an award of fees and costs under the Equal Access To Justice Act.

8.  Mr. Phillip is the prevailing party in the above-captioned case.  A copy of the Order of this Court incorporating the terms of the agreement between Mr. Phillip and the various

defendants that retained jurisdiction of this Court for the enforcement of that agreement is attached hereto as "Exhibit B."

Signed on Saipan, Commonwealth of the Northern Mariana Islands, this 2nd day of June, 2006:

George L. Hasselback

3

# BERNARD PHILLIPS
## SUMMARY OF FEES AND COSTS

**AT NORMAL RATE:**

| | |
|---|---|
| ATTORNEYS FEES (92.8 HOURS) | $17,464.00 |
| COSTS OF ACTION | 678.90 |
| **TOTAL** | **$18,142.90** |

**AT STATUTORY RATE OF ($125.00/HOUR)**

| | |
|---|---|
| ATTORNEYS FEES (92.8 HOURS) | $11,600.00 |
| COSTS OF ACTION | 678.90 |
| **TOTAL FEES AND COSTS** | **$12,278.90** |



**BREAKDOWN OF ATTORNEYS FEES AT NORMAL RATE:**

| | |
|---|---:|
| DAVID G. BANES    (1.80HRS. @ $240.00/HR.) | $   432.00 |
| JOSEPH E. HOREY  (4.40HRS. @ $230.00/HR.) | 1,012.00 |
| GEORGE L. HASSELBACK (86.40HRS. @ $185.00/HR.) | 15,984.00 |
| ERIC D. BOZMAN (0.20HR. @ $180.00/HR.) | 36.00 |

**TOTAL ATTORNEYS FEES**                                          **$17,464.00**

```
═══════════════════════════ Selection Criteria ═══════════════════════════
Date range       : 10/1/98 through   6/2/06
Slip numbers     :All
Timekeeper       :All
Client           :3241-01 Cont.
Activity         :All
Custom Fields    :All
Reference        :All
Slip status      :Open
Billing status   :All
Rate source      :All at level All
Bookmark slips   :Not checked
Hours            :All
Dollars          :All
Variance         :Not checked
```

*Bernard Phillips*

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ....................15866 | | | 230.00 1 | 0.30s | 69.00 |
| 10/25/05 Meeting with George Hasselback re civil rights case and potential preliminary motion. | | Jed 3241-01 Cont. Meeting | | | |
| ....................15870 | | | 230.00 1 | 0.60s | 138.00 |
| 10/27/05 Meeting with George Hasselback re progress of negotiations with US Immigration and ideas for projected lawsuit. (twice) | | Jed 3241-01 Cont. Meeting | | | |
| ....................15929 | | | Qty | Amount | |
| 10/31/05 Fax/Phonebills | | Emma 3241-01 Cont. $Fax/Phonebills | 1 | 14.50 | 14.50 |
| ....................16058 | | | 185.00 | 0.50s | 92.50 |
| 10/17/05 Review of records for potential client. | | George 3241-01 Cont. Review | | | |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .......................16059<br>10/17/05<br>Research re: issuance of<br>passport/determination of<br>citizenship. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.50s | 92.50 |
| .......................16060<br>10/17/05<br>Phone call to Jane Mack at<br>MLS. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| .......................16067<br>10/18/05<br>Meeting with Micronesian<br>Legal Services re: new case. | | George<br>3241-01 Cont.<br>Meeting | 185.00 | 1.00s | 185.00 |
| .......................16073<br>10/19/05<br>Phone call from potential<br>client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| .......................16085<br>10/21/05<br>Phone conference with client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| .......................16087<br>10/21/05<br>Research re: passpory<br>issuance. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.70s | 129.50 |
| .......................16089<br>10/24/05<br>Draft of Complaint. | | George<br>3241-01 Cont.<br>Draft | 185.00 | 1.20s | 222.00 |

For time: s=spent   u=unbillable e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .......................16090 10/24/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| .......................16091 10/24/05 Phone call to CNMI Immigration re: options to travel. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| .......................16092 10/24/05 Phone call to Guam Ice re: alternate travel arrangements. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| .......................16093 10/24/05 Phone call to Guam Ice re: follow up. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................16094 10/24/05 Phone call from client re: airline. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................16095 10/24/05 Phone call to Mr. Palacios to confirm airline for travel. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................16096 10/24/05 Revision of complaint. | | George 3241-01 Cont. Preparation | 185.00 | 0.40s | 74.00 |

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time Reference Description | Timekeeper Client Slip# Activity | Rate Level | Time | Total |
|---|---|---|---|---|
| ......................16102 10/25/05 Phone call from client. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................16104 10/25/05 Final revision of complaint. | George 3241-01 Cont. Preparation | 185.00 | 0.20s | 37.00 |
| ......................16147 10/25/05 Phone call to freedom air. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................16149 10/25/05 Research with Jed Horey re: trial strategy. | George 3241-01 Cont. Research | 185.00 | 0.40s | 74.00 |
| ......................16182 10/26/05 Phone call to Guam ICE. | George 3241-01 Cont. Phone call | 185.00 | 0.50s | 92.50 |
| ......................16183 10/26/05 Phone call to Senior Citizen's center. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................16187 10/27/05 Phone call from client. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................16188 10/27/05 Phone call from Guam ICE. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................16192 10/27/05 Phone call from Guam Ice. | | George 3241-01 Cont. Phone call | 185.00 | 0.70s | 129.50 |
| ......................16194 10/27/05 Revision of complaint. | | George 3241-01 Cont. Client Dvlp | 185.00 | 1.20s | 222.00 |
| ......................16195 10/27/05 Research re: attorneys fees. | | George 3241-01 Cont. Research | 185.00 | 2.30s | 425.50 |
| ......................16208 10/31/05 Revision of complaint. | | George 3241-01 Cont. Client Dvlp | 185.00 | 0.40s | 74.00 |
| ......................16209 10/31/05 Draft of declaration. | | George 3241-01 Cont. Draft | 185.00 | 0.70s | 129.50 |
| ......................16210 10/31/05 Draft of motion for TRO. | | George 3241-01 Cont. Draft | 185.00 | 1.20s | 222.00 |

For time: s=spent   u=unbillable e=estimated  v=variance

| Date / Start Time | Timekeeper | | | |
| Reference | Client | Rate | | |
| Description          Slip# | Activity | Level | Time | Total |
| --- | --- | --- | --- | --- |
| ......................16211 | | 185.00 | 0.40s | 74.00 |
| 10/31/05 | George | | | |
| Phone call to local USA | 3241-01 Cont. | | | |
| office. | Phone call | | | |
| ......................16212 | | 185.00 | 0.60s | 111.00 |
| 10/31/05 | George | | | |
| Phone call to Guam USA | 3241-01 Cont. | | | |
| office. | Phone call | | | |
| ......................16213 | | 185.00 | 1.20s | 222.00 |
| 10/31/05 | George | | | |
| Preparation of forms, calls | 3241-01 Cont. | | | |
| to ESM consulate. | Preparation | | | |
| ......................16214 | | 185.00 | 0.40s | 74.00 |
| 10/31/05 | George | | | |
| Phone call from client. | 3241-01 Cont. | | | |
| | Phone call | | | |
| ......................16217 | | 185.00 | 0.40s | 74.00 |
| 10/31/05 | George | | | |
| Download / fill out g-28 | 3241-01 Cont. | | | |
| form. | Client Dvlp | | | |
| ......................16218 | | 185.00 | 0.50s | 92.50 |
| 10/31/05 | George | | | |
| Research re: attorneys fees. | 3241-01 Cont. | | | |
| | Research | | | |

| Date / Start Time | Timekeeper | | | |
| Reference | Client | | | |
| Description          Slip# | Activity | Qty | Amount | |
| --- | --- | --- | --- | --- |
| ......................16318 | | | | |
| 10/31/05 | Emma | | | |
| Word Processing | 3241-01 Cont. | | | |
| | $WordProcessing | 1 | 1.67 | 1.67 |

For time: s=spent   u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|

.......................16337

| 10/31/05 | | Emma | | | |
|---|---|---|---|---|---|
| TNI Charges - October | | 3241-01 Cont. | Qty | Amount | |
| | | $Adjustment | 1 | 8.18 | 8.18 |

.......................16345

| 10/31/05 | | Dave | 240.00 | 0.40s | 96.00 |
|---|---|---|---|---|---|
| Various discussion with George Hasselback re: status and strategy of matter over a week period. | | 3241-01 Cont. Meeting | 1 | | |

.......................16428

| 10/24/05 | | Eric | 180.00 | 0.20s | 36.00 |
|---|---|---|---|---|---|
| Discussion re: facts and immigration. | | 3241-01 Cont. Meeting | 1 | | |

.......................16463

| 10/31/05 | | Jed | 230.00 | 0.30s | 69.00 |
|---|---|---|---|---|---|
| Meeting with George re issues in case. | | 3241-01 Cont. Meeting | 1 | | |

.......................16539

| 11/29/05 | | Emma | | | |
|---|---|---|---|---|---|
| Filing fee - complaint and demand for jury trial (boh5523) | | 3241-01 Cont. $Filing fee | Qty 1 | Amount 250.00 | 250.00 |

.......................16679

| 11/30/05 | | Emma | | | |
|---|---|---|---|---|---|
| Word Processing | | 3241-01 Cont. $WordProcessing | Qty 1 | Amount 4.17 | 4.17 |

.......................16692

| 11/1/05 | | Dave | 240.00 | 0.45s | 108.00 |
|---|---|---|---|---|---|
| Discussion with George Hasselback re: status and strategy. Review letters | | 3241-01 Cont. Meeting | 1 | | |

For time: s=spent   u=unbillable e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................16692 cont.<br>to/from government officials. | | | | | |
| ......................16723<br>11/30/05<br>Xerox Charges | | Emma<br>3241-01 Cont.<br>$Xerox Charges | Qty<br>1 | Amount<br>51.30 | 51.30 |
| ......................16757<br>11/30/05<br>Fax/Phonebills | | Emma<br>3241-01 Cont.<br>$Fax/Phonebills | Qty<br>1 | Amount<br>22.50 | 22.50 |
| ......................16876<br>11/1/05<br>Phone call to Guam FSM<br>consulate. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................16877<br>11/1/05<br>Phone call to Carolinian<br>Affairs. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ......................16917<br>11/1/05<br>Phone call to man amko ctr. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................16921<br>11/1/05<br>Phone call from Carolinian<br>Affairs. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent   u=unbillable e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................16932<br>11/3/05<br>Phone call to client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................16938<br>11/3/05<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................16939<br>11/3/05<br>Phone call to Guam Ice. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................16942<br>11/3/05<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................16949<br>11/7/05<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................16952<br>11/7/05<br>Review of letter from Guam<br>ICE draft of response. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.50s | 92.50 |
| ......................16953<br>11/8/05<br>Revision of letter to R.<br>Miner. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.30s | 55.50 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Timekeeper Client Slip# Activity | Rate Level | Time | Total |
|---|---|---|---|---|
| ......................16954 11/8/05 Document assembly for email. | George 3241-01 Cont. Preparation | 185.00 | 0.20s | 37.00 |
| ......................16964 11/9/05 Phone call from client. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................16973 11/10/05 Phone call to Guam ICE. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................16978 11/10/05 Phone call to Freedom Air. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................16995 11/14/05 Phone call to Guam ICE. | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| ......................16996 11/14/05 Phone call to freedom air. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................16999 11/14/05 Phone call from Freedom Air. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |

O'Connor Berman Dotts & Banes
Detail Slip Listing

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................17002<br>11/14/05<br>Phone call from Freedom Air. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ......................17004<br>11/14/05<br>Phone call to Saipan<br>Immigration. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................17010<br>11/15/05<br>Phone call to Saipan<br>Immigration. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| ......................17021<br>11/16/05<br>Phone call from runner. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................17022<br>11/16/05<br>Phone call to CNMI<br>Immigration. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................17023<br>11/16/05<br>Phone call from CNMI<br>Immigration. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ......................17025<br>11/16/05<br>Phone call to man'amko<br>center. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent   u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Timekeeper<br>Client<br>Slip# Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|
| ......................17026<br>11/16/05<br>Phone call to Mr. Phillip in<br>CHC. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| ......................17044<br>11/18/05<br>Phone call from client. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| ......................17045<br>11/18/05<br>Revision of complaint. | George<br>3241-01 Cont.<br>Preparation | 185.00 | 1.60s | 296.00 |
| ......................17047<br>11/18/05<br>Meeting with David Banes re:<br>filing. | George<br>3241-01 Cont.<br>Meeting | 185.00 | 0.50s | 92.50 |
| ......................17050<br>11/21/05<br>Phone call from client. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ......................17069<br>11/22/05<br>Phone call to M. Schwab. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................17071<br>11/22/05<br>Phone call to US  Attorney's<br>office. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent   u=unbillable e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .......................17087 11/28/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| .......................17090 11/28/05 Phone call to Jane Mack. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| .......................17092 11/28/05 Research reL Bivens action. | | George 3241-01 Cont. Research | 185.00 | 1.00s | 185.00 |
| .......................17093 11/28/05 Review/revision of complaint and declaration. | | George 3241-01 Cont. Review | 185.00 | 1.30s | 240.50 |
| .......................17095 11/29/05 Review/revision of complaint. | | George 3241-01 Cont. Review | 185.00 | 0.50s | 92.50 |
| .......................17096 11/29/05 Meeting with client. | | George 3241-01 Cont. Meeting | 185.00 | 1.00s | 185.00 |
| .......................17103 11/29/05 Organization of exhibits. | | George 3241-01 Cont. Preparation | 185.00 | 0.60s | 111.00 |

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time Reference Description | Timekeeper Client Slip# Activity | Rate Level | Time | Total |
|---|---|---|---|---|
| ........................17106 11/29/05 Research re: service of process on USA. | George 3241-01 Cont. Research | 185.00 | 1.00s | 185.00 |
| ........................17108 11/29/05 Federal court cover sheet. | George 3241-01 Cont. Preparation | 185.00 | 0.30s | 55.50 |
| ........................17124 11/18/05 Discussion with George Hassellback re: status and strategy of trying to get Mr. Phillip into Guam or suit. | Dave 3241-01 Cont. Conference | 240.00 1 | 0.35s | 84.00 |
| ........................17130 11/23/05 Review and revise complaint. | Dave 3241-01 Cont. Review | 240.00 1 | 0.60s | 144.00 |

| Date / Start Time Reference Description | Timekeeper Client Slip# Activity | Qty | Amount | Total |
|---|---|---|---|---|
| ........................17172 11/30/05 TNI charges - November | Emma 3241-01 Cont. $Adjustment | 1 | 1.94 | 1.94 |
| ........................17302 12/31/05 Mileage | Emma 3241-01 Cont. $Mileage | 1 | 1.20 | 1.20 |
| ........................17317 12/31/05 Postage | Emma 3241-01 Cont. $Postage | 1 | 5.34 | 5.34 |

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ........................17317 | | cont. | | | |
| ........................17461<br> 12/2/05<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ........................17480<br> 12/6/05<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ........................17489<br> 12/7/05<br>Phone call from client re:<br>MHA concerns. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.50s | 92.50 |
| ........................17511<br>12/12/05<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ........................17560<br>12/19/05<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ........................17593<br>12/21/05<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent   u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .......................17595 12/21/05 Phone call to U.S. Attorney's Office. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................17596 12/21/05 Phone call from U.S. Attorney's Office. | | George 3241-01 Cont. Phone call | 185.00 | 0.50s | 92.50 |

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Qty | Amount | Total |
|---|---|---|---|---|---|
| .......................17763 12/31/05 TNI charges - December | | Emma 3241-01 Cont. $Adjustment | 1 | 2.38 | 2.38 |

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .......................17887 1/26/06 Meeting with George Hasselback re summary judgment motion. Brief research re same. | | Jed 3241-01 Cont. Meeting | 230.00 1 | 0.60s | 138.00 |
| .......................17894 1/27/06 Meeting with George Hasselback re issues in case. | | Jed 3241-01 Cont. Meeting | 230.00 1 | 0.30s | 69.00 |
| .......................17899 1/30/06 Review draft motion for summary judgment. Meetings and discussions with George Hasselback re same. | | Jed 3241-01 Cont. Review | 230.00 1 | 1.30s | 299.00 |
| .......................17961 1/3/06 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |

Case 1:05-cv-00039  Document 72  Filed 06/02/2006  Page 22 of 44

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Timekeeper<br>Client<br>Slip# Activity | Rate<br><br>Level | Time | Total |
|---|---|---|---|---|

........................17961 cont.

........................17978                    185.00    0.20s    37.00
  1/4/06                        George
Phone call to Frank Guerrero  3241-01 Cont.
on Guam.                      Phone call

........................17994                    185.00    0.30s    55.50
  1/5/06                        George
Phone call to Guam US         3241-01 Cont.
Attorney's office, re:        Phone call
service upon N. Finn.

........................17995                    185.00    0.50s    92.50
  1/5/06                        George
Research of service of        3241-01 Cont.
process in Hawaii.            Research

........................17996                    185.00    0.30s    55.50
  1/5/06                        George
Preparation of documents for  3241-01 Cont.
personal service upon N.      Preparation
Finn.

........................17997                    185.00    0.30s    55.50
  1/5/06                        George
Meeting with David Banes re:  3241-01 Cont.
service of process issues.    Meeting

........................18002                    185.00    0.30s    55.50
  1/6/06                        George
Phone call to HA office.      3241-01 Cont.
                              Phone call

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................18003 | | | 185.00 | 0.30s | 55.50 |
| 1/6/06 | | George | | | |
| Draft of letter to HA office<br>re: service of process. | | 3241-01 Cont.<br>Draft | | | |
| ......................18023 | | | 185.00 | 0.30s | 55.50 |
| 1/10/06 | | George | | | |
| Phone call from client. | | 3241-01 Cont.<br>Phone call | | | |
| ......................18027 | | | 185.00 | 0.70s | 129.50 |
| 1/10/06 | | George | | | |
| Draft letter to US<br>Attorney's office. | | 3241-01 Cont.<br>Draft | | | |
| ......................18032 | | | 185.00 | 0.30s | 55.50 |
| 1/10/06 | | George | | | |
| Revision of letter to US<br>Attorney's office. | | 3241-01 Cont.<br>Preparation | | | |
| ......................18047 | | | 185.00 | 1.00s | 185.00 |
| 1/12/06 | | George | | | |
| Research re: domicile. | | 3241-01 Cont.<br>Research | | | |
| ......................18049 | | | 185.00 | 0.70s | 129.50 |
| 1/13/06 | | George | | | |
| Research re: presumption of<br>continued domicile. | | 3241-01 Cont.<br>Research | | | |
| ......................18091 | | | 185.00 | 0.30s | 55.50 |
| 1/17/06 | | George | | | |
| Phone call from client re:<br>Motion for Summary Judgment. | | 3241-01 Cont.<br>Phone call | | | |

For time: s=spent   u=unbillable e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................18152<br>1/23/06<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| ......................18161<br>1/24/06<br>Phone call to District Court<br>re: other cases. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................18174<br>1/24/06<br>Research re: summary<br>judgment. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.70s | 129.50 |
| ......................18191<br>1/26/06<br>Research re: past cases<br>involving chuukese- born US<br>citizens. | | George<br>3241-01 Cont.<br>Research | 185.00 | 1.00s | 185.00 |
| ......................18192<br>1/26/06<br>Phone call to Court to<br>schedule motion hearing. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................18197<br>1/26/06<br>Draft Motion for Summary<br>Judgment. | | George<br>3241-01 Cont.<br>Draft | 185.00 | 1.00s | 185.00 |
| ......................18198<br>1/27/06<br>Email to FSM office. | | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.40s | 74.00 |

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ....................18199 1/27/06 Phone call to Chuuk clerk of courts. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| ....................18200 1/27/06 Research re: quantum of proof of citizenship. | | George 3241-01 Cont. Research | 185.00 | 0.60s | 111.00 |
| ....................18201 1/27/06 Trust territory code approach to birth certificate. | | George 3241-01 Cont. Preparation | 185.00 | 0.80s | 148.00 |
| ....................18202 1/27/06 Phone call to Office of the Attorney general. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| ....................18204 1/27/06 Draft of Motion for Summary Judgment. | | George 3241-01 Cont. Draft | 185.00 | 1.50s | 277.50 |
| ....................18208 1/27/06 Revision of Motion for Summary Jugdment. | | George 3241-01 Cont. Preparation | 185.00 | 0.90s | 166.50 |
| ....................18213 1/30/06 Phone call to client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................18214<br>1/30/06<br>Revision of Motio for<br>Summary Judgment. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 2.50s | 462.50 |
| ......................18216<br>1/30/06<br>Phone call to client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................18217<br>1/30/06<br>Revision of Motion for<br>Summary Judgment. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.50s | 92.50 |
| ......................18218<br>1/30/06<br>Meeting with Jed Horey re:<br>Motion for Summary Judgment. | | George<br>3241-01 Cont.<br>Meeting | 185.00 | 0.40s | 74.00 |
| ......................18220<br>1/30/06<br>Research re: backup for<br>birth certificate. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.50s | 92.50 |
| ......................18221<br>1/30/06<br>Phone call to Chuuk Health<br>Department re: application<br>for birth certificate. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| ......................18223<br>1/31/06<br>Revision of Motion for<br>Summary Judgment. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.50s | 92.50 |

Date    6/2/06
Time 10:49 pm
Case 1:05-cv-00039    O'Connor Berman Dotts & Banes    Document 12    Filed 06/02/2006    Page 27 of 44

O'Connor Berman Dotts & Banes
Detail Slip Listing

Page 22

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| 1/31/06<br>Draft of Declaration in<br>support of Motion for<br>Summary Judgment. | 18224 | George<br>3241-01 Cont.<br>Draft | 185.00 | 0.40s | 74.00 |
| 1/31/06<br>Review of Answer. | 18226 | George<br>3241-01 Cont.<br>Review | 185.00 | 0.50s | 92.50 |
| 1/31/06<br>Phone call from client re:<br>declaration. | 18227 | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| 1/31/06<br>Revision of Motion for<br>Summary Judgment. | 18230 | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.80s | 148.00 |
| 1/31/06<br>Preparation of exhibits for<br>Motion for Summary Judgment. | 18231 | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.40s | 74.00 |
| 1/31/06<br>Research re: deprivation of<br>liberties via passport<br>denial. | 18232 | George<br>3241-01 Cont.<br>Research | 185.00 | 1.00s | 185.00 |

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Qty | Amount | Total |
|---|---|---|---|---|---|
| 1/31/06<br>Xerox Charges | 18277 | Emma<br>3241-01 Cont.<br>$Xerox Charges | 1 | 36.00 | 36.00 |

For time: s=spent   u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Timekeeper<br>Client<br>Slip# Activity | Rate<br>Level | Time | Total |
| --- | --- | --- | --- | --- |
| .....................18304<br>1/31/06<br>Fax/Phonebills | Emma<br>3241-01 Cont.<br>$Fax/Phonebills | Qty<br>1 | Amount<br>12.00 | 12.00 |
| .....................18634<br>1/31/06<br>TNI charges | Emma<br>3241-01 Cont.<br>$Adjustment | Qty<br>1 | Amount<br>11.64 | 11.64 |
| .....................18872<br>2/9/06<br>Phone call to J. Mack at MLS. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| .....................18887<br>2/13/06<br>Case management conference<br>hearing. | George<br>3241-01 Cont.<br>Hearing | 185.00 | 1.40s | 259.00 |
| .....................18906<br>2/16/06<br>Phone call from client. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| .....................18930<br>2/27/06<br>Phone call to Mark Schwab. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| .....................18931<br>2/27/06<br>Phone call from client re:<br>settlement of claims. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |

Case 1:05-cv-00039    Document 12    Filed 06/02/2006    Page 29 of 44

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................18949<br>2/28/06<br>Phone call from client. | | <br>George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................19484<br>2/28/06<br>Fax/Phonebills | | Emma<br>3241-01 Cont.<br>$Fax/Phonebills | Qty<br>1 | Amount<br>45.50 | 45.50 |
| ......................19646<br>2/28/06<br>Westlaw charges for January<br>(boh5898) | | Emma<br>3241-01 Cont.<br>$Adjustment | Qty<br>1 | Amount<br>37.22 | 37.22 |
| ......................19733<br>2/28/06<br>Copying fee | | Emma<br>3241-01 Cont.<br>$Adjustment | Qty<br>1 | Amount<br>29.50 | 29.50 |
| ......................19735<br>2/28/06<br>Postage | | Emma<br>3241-01 Cont.<br>$Postage | Qty<br>1 | Amount<br>1.11 | 1.11 |
| ......................19745<br>2/28/06<br>Mileage | | Emma<br>3241-01 Cont.<br>$Mileage | Qty<br>1 | Amount<br>3.00 | 3.00 |
| ......................19814<br>2/28/06<br>TNI charges for February | | Emma<br>3241-01 Cont.<br>$Adjustment | Qty<br>1 | Amount<br>1.81 | 1.81 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ........................20221<br>3/20/06<br>Meeting with George re EAJA<br>application (twice).  Breif<br>research re same. | | Jed<br>3241-01 Cont.<br>Meeting | 230.00<br>1 | 0.70s | 161.00 |
| ........................20290<br>3/3/06<br>Phone call to U.S. Attorney. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ........................20314<br>3/7/06<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ........................20329<br>3/7/06<br>Phone call to US Attorney in<br>Guam. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ........................20355<br>3/9/06<br>Preparation for hearing. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.50s | 92.50 |
| ........................20356<br>3/9/06<br>Phone call to client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ........................20388<br>3/9/06<br>Review of letter from Mark<br>Shklov. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.40s | 74.00 |

Case 1:05-cv-00039    Document 12    Filed 06/02/2006    Page 31 of 44

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .........................20389 3/9/06 Phone call to FSM office. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| .........................20390 3/9/06 Phone call to Chuuk health services. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .........................20391 3/9/06 Phone call to client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .........................20393 3/9/06 Draft of declaration for client. | | George 3241-01 Cont. Draft | 185.00 | 0.40s | 74.00 |
| .........................20395 3/9/06 Preparation for hearing. | | George 3241-01 Cont. Preparation | 185.00 | 0.60s | 111.00 |
| .........................20397 3/10/06 Draft of declaration of George Hasselback. | | George 3241-01 Cont. Draft | 185.00 | 0.30s | 55.50 |
| .........................20398 3/10/06 Preparation for case management conference. | | George 3241-01 Cont. Preparation | 185.00 | 1.00s | 185.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................20399 3/10/06 Case management conference. | | George 3241-01 Cont. Conference | 185.00 | 1.40s | 259.00 |
| ......................20401 3/10/06 Phone call to Sam McFeeders at college. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................20402 3/10/06 Phone call to client. | | George 3241-01 Cont. Phone call | 185.00 | 0.50s | 92.50 |
| ......................20404 3/10/06 Phone call to Mark Schwab. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| ......................20406 3/10/06 Revision of client declaration. | | George 3241-01 Cont. Preparation | 185.00 | 0.40s | 74.00 |
| ......................20407 3/10/06 Email to Mark Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.40s | 74.00 |
| ......................20419 3/13/06 Phone call to Mark Schwab. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |

Detail Slip Listing

For time: s=spent   u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................20444 3/29/06 Meeting with George re terms of stipulated order. | | Jed 3241-01 Cont. Meeting | 230.00 1 | 0.30s | 69.00 |
| ......................20459 3/16/06 Phone call to U.S. Attorney's office. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| ......................20461 3/16/06 Phone call to Mr. Philip. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| ......................20462 3/16/06 Phone call to Northern Mariana College. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................20468 3/16/06 Email to Mark Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.30s | 55.50 |
| ......................20471 3/17/06 Review of email from U.S. Attorney. | | George 3241-01 Cont. Review | 185.00 | 0.20s | 37.00 |
| ......................20472 3/17/06 Phone call from US attorney. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................20474<br>3/17/06<br>Fax to U.S. Attorney. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.20s | 37.00 |
| ......................20483<br>3/20/06<br>Email to USA. | | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.20s | 37.00 |
| ......................20491<br>3/20/06<br>Review of email from USA and<br>follow up. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.20s | 37.00 |
| ......................20520<br>3/21/06<br>Email to Mark Schwabb. | | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.30s | 55.50 |
| ......................20537<br>3/22/06<br>Phone call to Mark Schwabb. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................20554<br>3/23/06<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................20571<br>3/23/06<br>Email to Mark Schwabb. | | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.20s | 37.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Timekeeper<br>Client<br>Slip# Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|
| .....................20574<br>3/24/06<br>Review of email from Mark<br>Schwab. | George<br>3241-01 Cont.<br>Review | 185.00 | 0.20s | 37.00 |
| .....................20576<br>3/24/06<br>Status conference with Judge<br>Munson. | George<br>3241-01 Cont.<br>Conference | 185.00 | 0.60s | 111.00 |
| .....................20580<br>3/24/06<br>Phone call to U.S. attorneys<br>office. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| .....................20597<br>3/27/06<br>Phone call to passport<br>office. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| .....................20630<br>3/28/06<br>EAJA research. | George<br>3241-01 Cont.<br>Research | 185.00 | 0.50s | 92.50 |
| .....................20631<br>3/29/06<br>Draft of stipulation and<br>proposed order. | George<br>3241-01 Cont.<br>Draft | 185.00 | 0.70s | 129.50 |
| .....................20633<br>3/29/06<br>Email to Mark Schwab. | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.30s | 55.50 |

For time: s=spent   u=unbillable e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................20647 3/29/06 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................20736 3/31/06 Meeting with client. | | George 3241-01 Cont. Meeting | 185.00 | 0.40s | 74.00 |

| ......................21226 3/31/06 Fax/Phonebills | | Emma 3241-01 Cont. $Fax/Phonebills | Qty 1 | Amount 14.00 | 14.00 |

| ......................21280 3/31/06 Mileage | | Emma 3241-01 Cont. $Mileage | Qty 1 | Amount 5.40 | 5.40 |

| ......................21783 3/9/06 Discuss strategy on how to deal with INO's falure to cooperate (again). | | Bob 3241-01 Cont. Meeting NO CHARGE | 280.00 1 | 0.25s 0.25u | 70.00 |

| ......................21938 3/31/06 TNI charges | | Emma 3241-01 Cont. $Adjustment | Qty 1 | Amount 3.78 | 3.78 |

| ......................22432 4/6/06 Email to Mike Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.20s | 37.00 |

Date    6/2/06
Time 10:49 pm

Case 1:05-cv-00039    Document 17    Filed 06/02/2006    Page 37 of 44

O'Connor Berman Dotts & Banes
Detail Slip Listing

Page 32

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Timekeeper Client Slip# Activity | Rate Level | Time | Total |
|---|---|---|---|---|
| .......................22432 cont. | | | | |
| .......................22448 4/10/06 Phone call to US Attorney Office. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................22509 4/12/06 Phone call to Mike Schwab re: settlement. | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| .......................22510 4/12/06 Letter to Mike Schwab. | George 3241-01 Cont. Correspondence | 185.00 | 0.50s | 92.50 |
| .......................22550 4/18/06 Phone call to Mike Schwab. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................22557 4/18/06 Email to Mike Schwab. | George 3241-01 Cont. Correspondence | 185.00 | 0.30s | 55.50 |
| .......................22559 4/18/06 Draft of motion for status conference. | George 3241-01 Cont. Draft | 185.00 | 0.00s | 0.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .......................22593 4/20/06 Review of stipulation from AUSA Rapadas. | | George 3241-01 Cont. Review | 185.00 | 0.30s | 55.50 |
| .......................22594 4/20/06 Email to Mike Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.50s | 92.50 |
| .......................22596 4/20/06 Research re: estoppel issues re: citizenship. | | George 3241-01 Cont. Research | 185.00 | 0.60s | 111.00 |
| .......................22597 4/24/06 Review of email/proposed dismissal from Mike Schwab. | | George 3241-01 Cont. Review | 185.00 | 0.40s | 74.00 |
| .......................22598 4/24/06 Reply to Mike Schwab re: stipulation. | | George 3241-01 Cont. Preparation | 185.00 | 0.50s | 92.50 |
| .......................22599 4/24/06 Draft of proposed stipulation. | | George 3241-01 Cont. Draft | 185.00 | 0.40s | 74.00 |
| .......................22711 4/28/06 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent   u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................22973 4/30/06 TNI charges April | | Emma 3241-01 Cont. $Adjustment | Qty 1 | Amount 0.57 | 0.57 |
| ......................23004 4/30/06 Xerox Charges | | Emma 3241-01 Cont. $Xerox Charges | Qty 1 | Amount 81.00 | 81.00 |
| ......................23079 4/30/06 Fax/Phonebills | | Emma 3241-01 Cont. $Fax/Phonebills | Qty 1 | Amount 15.00 | 15.00 |
| ......................23383 4/30/06 Mileage | | Emma 3241-01 Cont. $Mileage | Qty 1 | Amount 0.90 | 0.90 |
| ......................24100 5/1/06 File search for client. | | George 3241-01 Cont. Preparation | 185.00 | 0.30s | 55.50 |
| ......................24130 5/2/06 Review of stipulation. | | George 3241-01 Cont. Review | 185.00 | 0.40s | 74.00 |
| ......................24131 5/2/06 Email to Mike Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.40s | 74.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .......................24135 5/2/06 Phone call from Mike Schwab. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| .......................24180 5/3/06 Review of stipulation. | | George 3241-01 Cont. Review | 185.00 | 0.40s | 74.00 |
| .......................24183 5/3/06 Phone call from Court. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................24203 5/5/06 Review of court order. | | George 3241-01 Cont. Review | 185.00 | 0.20s | 37.00 |
| .......................24246 5/8/06 Email to Mike Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.30s | 55.50 |
| .......................24343 5/12/06 Research re: EAJA. | | George 3241-01 Cont. Research | 185.00 | 0.30s | 55.50 |
| .......................24418 5/19/06 Email to Mike Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.20s | 37.00 |

Date    6/2/06
Time 11:44 pm

Case 1:05-cv-00039   Document 12   Filed 06/02/2006   Page 41 of 44

O'Connor Berman Dotts & Banes
Detail Slip Listing

Page 36

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ....................24419 5/19/06 Letter to Mike Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.40s | 74.00 |
| ....................24502 5/24/06 Email to Mike Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.20s | 37.00 |

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Qty | Amount | Total |
|---|---|---|---|---|---|
| ....................24508 5/12/06 DHL - boh6127 | | Emma 3241-01 Cont. $DHL | 1 | 17.29 | 17.29 |

| GRAND TOTAL | | | Time | Total |
|---|---|---|---|---|
| | Timekeeper | | 93.05s | 17534.00 |
| | Client | | | 0.00 |
| | Activity | | | 678.90 |
| | Billable | | 92.80 | 18142.90 |
| | Unbillable | | 0.25 | 70.00 |

FILED
Clerk
District Court

MAY -5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  George L. Hasselback, Esq.
2  O'Connor Berman Dotts & Banes
   Second Floor, Nauru Building P.O. Box 501969
3  Saipan, MP 96950
   Telephone No. (670) 234-5684
4  Facsimile No. (670) 234-5683
5

6  Attorneys for Plaintiff Bernard Sikimour Phillip
7
8          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN MARIANA ISLANDS
9

10  BERNARD SIKIMOUR PHILLIP,        )    CIVIL CASE NO. 05-0039
                                     )
11               Plaintiff,          )
12                                   )
                                     )
13        vs.                        )
                                     )
14  UNITED STATES OF AMERICA,        )    **STIPULATION AND DISMISSAL**
    UNITED STATES DEPARTMENT OF      )
15  STATE, UNITED STATES             )
16  IMMIGRATION AND CUSTOMS          )
    ENFORCEMENT and                  )
17  NANCY K. FINN, individually and in )
18  her official capacity,           )
                                     )
19               Defendants.         )
20  _____)

21       The parties in the above-captioned matter have settled the matter of Plaintiff's

22  entitlement to a United States passport. The parties stipulate that Plaintiff became a citizen
23
24  of the United States on November 4, 1986, under Section 301(b) of the Covenant to Establish
25  a Commonwealth of the Northern Mariana Islands in Political Union with the United States
26  //
27  //
28


EXHIBIT
" B "

of America.  The parties stipulate to dismissal of all remaining causes of action with prejudice, with the Court to retain jurisdiction to enforce the terms and conditions of this stipulated agreement reached between the parties and to determine the amount of any attorney's fees recoverable, if any, should the parties be unable to reach an agreement on that issue.

SO STIPULATED

GEORGE L. HASSELBACK, Esq.
Counsel for Plaintiff, Bernard S. Phillip

MIKEL W. SCHWAB
Assistant U.S. Attorney

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMi

Dated: 5/3/06

Dated: 5/3/06

**[PROPOSED] ORDER**

Based on the stipulation between the parties in this matter, the pleadings and the other papers on file and the applicable law, the Court DECLARES that Bernard Sikimour Phillip has proven to the satisfaction of this Court that he became a citizen of the United States of America on November 4, 1986, under Section 301(b) of the Covenant to Establish a Commonwealth of the Northern Mariana Islands in Political Union with the United States of America, and that he is entitled to all the rights and privileges appertaining thereto.

Furthermore, the Court ORDERS that the remaining causes of action in this lawsuit are hereby dismissed with prejudice. This Court retains jurisdiction in this case to enforce the terms and conditions of the stipulated agreement reached between the parties and to determine the amount of any attorney's fees recoverable, if any, should the parties be unable to reach an agreement on that issue.

Dated: May ___5___, 2006.


_Alex R. Munson_
Alex R. Munson, Chief Judge


**RECEIVED**

MAY - 4 2006

Clerk
District Court
The Northern Mariana Islands

3
3241-01-0622903-PL-stipdiss-glh.2