F I L E D
Clerk
District Court

JUN - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BERNARD SIKIMOUR PHILIP, ) | Civil No. 05-0039 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER SETTING |
| ) | BRIEFING SCHEDULE |
| UNITED STATES OF AMERICA, ) | ON MOTION FOR |
| et al., ) | ATTORNEY'S FEES |
| ) | |
| Defendants ) | |
| _____) | |

IT IS ORDERED that defendants' opposition to plaintiff's motion for attorney's fees is due by 3:30 p.m., Friday, June 16, 2006. Any reply is due by 3:30, Tuesday, June 20, 2006. The court will decide the matter without oral argument,

AO 72
(Rev. 08/82)

unless it believes oral argument will be useful.

**If the parties resolve this issue prior to June 20, 2006, they shall immediately notify the court.**

DATED this 6th day of June, 2006.

                                  */s/ Alex R. Munson*
                                  ALEX R. MUNSON
                                          Judge

AO 72
(Rev. 08/82)