# BERNARD PHILLIPS
## SUMMARY OF FEES AND COSTS

### AT NORMAL RATE:

| | |
|---|---|
| ATTORNEYS FEES (92.8 HOURS) | $17,464.00 |
| COSTS OF ACTION | 678.90 |
| **TOTAL** | **$18,142.90** |

### AT STATUTORY RATE OF ($125.00/HOUR)

| | |
|---|---|
| ATTORNEYS FEES (92.8 HOURS) | $11,600.00 |
| COSTS OF ACTION | 678.90 |
| **TOTAL FEES AND COSTS** | **$12,278.90** |



EXHIBIT "A"

## BREAKDOWN OF ATTORNEYS FEES AT NORMAL RATE:

| | |
|---|---|
| DAVID G. BANES   (1.80HRS. @ $240.00/HR.) | $   432.00 |
| JOSEPH E. HOREY  (4.40HRS. @ $230.00/HR.) | 1,012.00 |
| GEORGE L. HASSELBACK (86.40HRS. @ $185.00/HR.) | 15,984.00 |
| ERIC D. BOZMAN (0.20HR. @ $180.00/HR.) | 36.00 |
| **TOTAL ATTORNEYS FEES** | **$17,464.00** |

```
═══════════════════════════Selection Criteria ═══════════════════════════
Date range       : 10/1/98 through   6/2/06
Slip numbers     :All
Timekeeper       :All
Client           :3241-01 Cont.
Activity         :All
Custom Fields    :All
Reference        :All
Slip status      :Open
Billing status   :All
Rate source      :All at level All
Bookmark slips   :Not checked
Hours            :All
Dollars          :All
Variance         :Not checked
```

*Bernard Phillips*

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................15866 | | | 230.00<br>1 | 0.30s | 69.00 |
| 10/25/05<br>Meeting with George<br>Hasselback re civil rights<br>case and potential<br>preliminary motion. | | Jed<br>3241-01 Cont.<br>Meeting | | | |
| ......................15870 | | | 230.00<br>1 | 0.60s | 138.00 |
| 10/27/05<br>Meeting with George<br>Hasselback re progress of<br>negotiations with US<br>Immigration and ideas for<br>projected lawsuit. (twice) | | Jed<br>3241-01 Cont.<br>Meeting | | | |
| ......................15929 | | | | | |
| 10/31/05<br>Fax/Phonebills | | Emma<br>3241-01 Cont.<br>$Fax/Phonebills | Qty<br>1 | Amount<br>14.50 | 14.50 |
| ......................16058 | | | 185.00 | 0.50s | 92.50 |
| 10/17/05<br>Review of records for<br>potential client. | | George<br>3241-01 Cont.<br>Review | | | |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .......................16059<br>10/17/05<br>Research re: issuance of<br>passport/determination of<br>citizenship. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.50s | 92.50 |
| .......................16060<br>10/17/05<br>Phone call to Jane Mack at<br>MLS. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| .......................16067<br>10/18/05<br>Meeting with Micronesian<br>Legal Services re: new case. | | George<br>3241-01 Cont.<br>Meeting | 185.00 | 1.00s | 185.00 |
| .......................16073<br>10/19/05<br>Phone call from potential<br>client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| .......................16085<br>10/21/05<br>Phone conference with client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| .......................16087<br>10/21/05<br>Research re: passpory<br>issuance. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.70s | 129.50 |
| .......................16089<br>10/24/05<br>Draft of Complaint. | | George<br>3241-01 Cont.<br>Draft | 185.00 | 1.20s | 222.00 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .......................16090 10/24/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| .......................16091 10/24/05 Phone call to CNMI Immigration re: options to travel. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| .......................16092 10/24/05 Phone call to Guam Ice re: alternate travel arrangements. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| .......................16093 10/24/05 Phone call to Guam Ice re: follow up. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................16094 10/24/05 Phone call from client re: airline. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................16095 10/24/05 Phone call to Mr. Palacios to confirm airline for travel. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................16096 10/24/05 Revision of complaint. | | George 3241-01 Cont. Preparation | 185.00 | 0.40s | 74.00 |

Case 1:05-cv-00039   Document 162-2   Filed 08/09/2006   Page 6 of 38

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|
| .......................16102 10/25/05 Phone call from client. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................16104 10/25/05 Final revision of complaint. | George 3241-01 Cont. Preparation | 185.00 | 0.20s | 37.00 |
| .......................16147 10/25/05 Phone call to freedom air. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................16149 10/25/05 Research with Jed Horey re: trial strategy. | George 3241-01 Cont. Research | 185.00 | 0.40s | 74.00 |
| .......................16182 10/26/05 Phone call to Guam ICE. | George 3241-01 Cont. Phone call | 185.00 | 0.50s | 92.50 |
| .......................16183 10/26/05 Phone call to Senior Citizen's center. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................16187 10/27/05 Phone call from client. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |

Time 10:49 pm                    Detail Slip Listing                    Page 5

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ........................16188 10/27/05 Phone call from Guam ICE. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ........................16192 10/27/05 Phone call from Guam Ice. | | George 3241-01 Cont. Phone call | 185.00 | 0.70s | 129.50 |
| ........................16194 10/27/05 Revision of complaint. | | George 3241-01 Cont. Client Dvlp | 185.00 | 1.20s | 222.00 |
| ........................16195 10/27/05 Research re: attorneys fees. | | George 3241-01 Cont. Research | 185.00 | 2.30s | 425.50 |
| ........................16208 10/31/05 Revision of complaint. | | George 3241-01 Cont. Client Dvlp | 185.00 | 0.40s | 74.00 |
| ........................16209 10/31/05 Draft of declaration. | | George 3241-01 Cont. Draft | 185.00 | 0.70s | 129.50 |
| ........................16210 10/31/05 Draft of motion for TRO. | | George 3241-01 Cont. Draft | 185.00 | 1.20s | 222.00 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .........................16211<br>10/31/05<br>Phone call to local USA<br>office. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| .........................16212<br>10/31/05<br>Phone call to Guam USA<br>office. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.60s | 111.00 |
| .........................16213<br>10/31/05<br>Preparation of forms, calls<br>to ESM consulate. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 1.20s | 222.00 |
| .........................16214<br>10/31/05<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| .........................16217<br>10/31/05<br>Download / fill out g-28<br>form. | | George<br>3241-01 Cont.<br>Client Dvlp | 185.00 | 0.40s | 74.00 |
| .........................16218<br>10/31/05<br>Research re: attorneys fees. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.50s | 92.50 |

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Qty | Amount | |
|---|---|---|---|---|---|
| .........................16318<br>10/31/05<br>Word Processing | | Emma<br>3241-01 Cont.<br>$WordProcessing | 1 | 1.67 | 1.67 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ..........................16337<br>10/31/05<br>TNI Charges - October | | Emma<br>3241-01 Cont.<br>$Adjustment | Qty<br>1 | Amount<br>8.18 | 8.18 |
| ..........................16345<br>10/31/05<br>Various discussion with<br>George Hasselback re: status<br>and strategy of matter over<br>a week period. | | Dave<br>3241-01 Cont.<br>Meeting | 240.00<br>1 | 0.40s | 96.00 |
| ..........................16428<br>10/24/05<br>Discussion re: facts and<br>immigration. | | Eric<br>3241-01 Cont.<br>Meeting | 180.00<br>1 | 0.20s | 36.00 |
| ..........................16463<br>10/31/05<br>Meeting with George re<br>issues in case. | | Jed<br>3241-01 Cont.<br>Meeting | 230.00<br>1 | 0.30s | 69.00 |
| ..........................16539<br>11/29/05<br>Filing fee - complaint and<br>demand for jury trial<br>(boh5523) | | Emma<br>3241-01 Cont.<br>$Filing fee | Qty<br>1 | Amount<br>250.00 | 250.00 |
| ..........................16679<br>11/30/05<br>Word Processing | | Emma<br>3241-01 Cont.<br>$WordProcessing | Qty<br>1 | Amount<br>4.17 | 4.17 |
| ..........................16692<br>11/1/05<br>Discussion with George<br>Hasselback re: status and<br>strategy. Review letters | | Dave<br>3241-01 Cont.<br>Meeting | 240.00<br>1 | 0.45s | 108.00 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|

.....................16692 cont.
to/from government officials.

.....................16723
11/30/05                      Emma
Xerox Charges                 3241-01 Cont.          Qty    Amount
                              $Xerox Charges          1     51.30        51.30

.....................16757
11/30/05                      Emma
Fax/Phonebills                3241-01 Cont.          Qty    Amount
                              $Fax/Phonebills         1     22.50        22.50

.....................16876                   185.00   0.20s     37.00
 11/1/05                      George
Phone call to Guam FSM        3241-01 Cont.
consulate.                    Phone call

.....................16877                   185.00   0.30s     55.50
 11/1/05                      George
Phone call to Carolinian      3241-01 Cont.
Affairs.                      Phone call

.....................16917                   185.00   0.20s     37.00
 11/1/05                      George
Phone call to man amko ctr.   3241-01 Cont.
                              Phone call

.....................16921                   185.00   0.20s     37.00
 11/1/05                      George
Phone call from Carolinian    3241-01 Cont.
Affairs.                      Phone call

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .........................16932 11/3/05 Phone call to client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .........................16938 11/3/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .........................16939 11/3/05 Phone call to Guam Ice. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .........................16942 11/3/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .........................16949 11/7/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .........................16952 11/7/05 Review of letter from Guam ICE draft of response. | | George 3241-01 Cont. Review | 185.00 | 0.50s | 92.50 |
| .........................16953 11/8/05 Revision of letter to R. Miner. | | George 3241-01 Cont. Preparation | 185.00 | 0.30s | 55.50 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ........................16954<br>11/8/05<br>Document assembly for email. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.20s | 37.00 |
| ........................16964<br>11/9/05<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ........................16973<br>11/10/05<br>Phone call to Guam ICE. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ........................16978<br>11/10/05<br>Phone call to Freedom Air. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ........................16995<br>11/14/05<br>Phone call to Guam ICE. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ........................16996<br>11/14/05<br>Phone call to freedom air. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ........................16999<br>11/14/05<br>Phone call from Freedom Air. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Timekeeper<br>Client<br>Slip# Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|
| ......................17002<br>11/14/05<br>Phone call from Freedom Air. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ......................17004<br>11/14/05<br>Phone call to Saipan<br>Immigration. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................17010<br>11/15/05<br>Phone call to Saipan<br>Immigration. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| ......................17021<br>11/16/05<br>Phone call from runner. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................17022<br>11/16/05<br>Phone call to CNMI<br>Immigration. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................17023<br>11/16/05<br>Phone call from CNMI<br>Immigration. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ......................17025<br>11/16/05<br>Phone call to man'amko<br>center. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .......................17026 11/16/05 Phone call to Mr. Phillip in CHC. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| .......................17044 11/18/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| .......................17045 11/18/05 Revision of complaint. | | George 3241-01 Cont. Preparation | 185.00 | 1.60s | 296.00 |
| .......................17047 11/18/05 Meeting with David Banes re: filing. | | George 3241-01 Cont. Meeting | 185.00 | 0.50s | 92.50 |
| .......................17050 11/21/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| .......................17069 11/22/05 Phone call to M. Schwab. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................17071 11/22/05 Phone call to US Attorney's office. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................17087 11/28/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| ......................17090 11/28/05 Phone call to Jane Mack. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| ......................17092 11/28/05 Research reL Bivens action. | | George 3241-01 Cont. Research | 185.00 | 1.00s | 185.00 |
| ......................17093 11/28/05 Review/revision of complaint and declaration. | | George 3241-01 Cont. Review | 185.00 | 1.30s | 240.50 |
| ......................17095 11/29/05 Review/revision of complaint. | | George 3241-01 Cont. Review | 185.00 | 0.50s | 92.50 |
| ......................17096 11/29/05 Meeting with client. | | George 3241-01 Cont. Meeting | 185.00 | 1.00s | 185.00 |
| ......................17103 11/29/05 Organization of exhibits. | | George 3241-01 Cont. Preparation | 185.00 | 0.60s | 111.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ..........................17106 11/29/05 Research re: service of process on USA. | | George 3241-01 Cont. Research | 185.00 | 1.00s | 185.00 |
| ..........................17108 11/29/05 Federal court cover sheet. | | George 3241-01 Cont. Preparation | 185.00 | 0.30s | 55.50 |
| ..........................17124 11/18/05 Discussion with George Hassellback re: status and strategy of trying to get Mr. Phillip into Guam or suit. | | Dave 3241-01 Cont. Conference | 240.00 1 | 0.35s | 84.00 |
| ..........................17130 11/23/05 Review and revise complaint. | | Dave 3241-01 Cont. Review | 240.00 1 | 0.60s | 144.00 |

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Qty | Amount | Total |
|---|---|---|---|---|---|
| ..........................17172 11/30/05 TNI charges - November | | Emma 3241-01 Cont. $Adjustment | 1 | 1.94 | 1.94 |
| ..........................17302 12/31/05 Mileage | | Emma 3241-01 Cont. $Mileage | 1 | 1.20 | 1.20 |
| ..........................17317 12/31/05 Postage | | Emma 3241-01 Cont. $Postage | 1 | 5.34 | 5.34 |

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .......................17317 | | cont. | | | |
| 12/2/05<br>Phone call from client. | 17461 | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| 12/6/05<br>Phone call from client. | 17480 | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| 12/7/05<br>Phone call from client re:<br>MHA concerns. | 17489 | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.50s | 92.50 |
| 12/12/05<br>Phone call from client. | 17511 | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| 12/19/05<br>Phone call from client. | 17560 | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| 12/21/05<br>Phone call from client. | 17593 | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ........................17595 12/21/05 Phone call to U.S. Attorney's Office. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ........................17596 12/21/05 Phone call from U.S. Attorney's Office. | | George 3241-01 Cont. Phone call | 185.00 | 0.50s | 92.50 |

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Qty | Amount | Total |
|---|---|---|---|---|---|
| ........................17763 12/31/05 TNI charges - December | | Emma 3241-01 Cont. $Adjustment | 1 | 2.38 | 2.38 |

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ........................17887 1/26/06 Meeting with George Hasselback re summary judgment motion. Brief research re same. | | Jed 3241-01 Cont. Meeting | 230.00 1 | 0.60s | 138.00 |
| ........................17894 1/27/06 Meeting with George Hasselback re issues in case. | | Jed 3241-01 Cont. Meeting | 230.00 1 | 0.30s | 69.00 |
| ........................17899 1/30/06 Review draft motion for summary judgment. Meetings and discussions with George Hasselback re same. | | Jed 3241-01 Cont. Review | 230.00 1 | 1.30s | 299.00 |
| ........................17961 1/3/06 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .......................17961 cont. | | | | | |
| .......................17978 1/4/06 Phone call to Frank Guerrero on Guam. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................17994 1/5/06 Phone call to Guam US Attorney's office, re: service upon N. Finn. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| .......................17995 1/5/06 Research of service of process in Hawaii. | | George 3241-01 Cont. Research | 185.00 | 0.50s | 92.50 |
| .......................17996 1/5/06 Preparation of documents for personal service upon N. Finn. | | George 3241-01 Cont. Preparation | 185.00 | 0.30s | 55.50 |
| .......................17997 1/5/06 Meeting with David Banes re: service of process issues. | | George 3241-01 Cont. Meeting | 185.00 | 0.30s | 55.50 |
| .......................18002 1/6/06 Phone call to HA office. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ........................18003 1/6/06 Draft of letter to HA office re: service of process. | | George 3241-01 Cont. Draft | 185.00 | 0.30s | 55.50 |
| ........................18023 1/10/06 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| ........................18027 1/10/06 Draft letter to US Attorney's office. | | George 3241-01 Cont. Draft | 185.00 | 0.70s | 129.50 |
| ........................18032 1/10/06 Revision of letter to US Attorney's office. | | George 3241-01 Cont. Preparation | 185.00 | 0.30s | 55.50 |
| ........................18047 1/12/06 Research re: domicile. | | George 3241-01 Cont. Research | 185.00 | 1.00s | 185.00 |
| ........................18049 1/13/06 Research re: presumption of continued domicile. | | George 3241-01 Cont. Research | 185.00 | 0.70s | 129.50 |
| ........................18091 1/17/06 Phone call from client re: Motion for Summary Judgment. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ........................18152 1/23/06 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| ........................18161 1/24/06 Phone call to District Court re: other cases. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ........................18174 1/24/06 Research re: summary judgment. | | George 3241-01 Cont. Research | 185.00 | 0.70s | 129.50 |
| ........................18191 1/26/06 Research re: past cases involving chuukese- born US citizens. | | George 3241-01 Cont. Research | 185.00 | 1.00s | 185.00 |
| ........................18192 1/26/06 Phone call to Court to schedule motion hearing. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ........................18197 1/26/06 Draft Motion for Summary Judgment. | | George 3241-01 Cont. Draft | 185.00 | 1.00s | 185.00 |
| ........................18198 1/27/06 Email to FSM office. | | George 3241-01 Cont. Correspondence | 185.00 | 0.40s | 74.00 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ........................18199 1/27/06 Phone call to Chuuk clerk of courts. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| ........................18200 1/27/06 Research re: quantum of proof of citizenship. | | George 3241-01 Cont. Research | 185.00 | 0.60s | 111.00 |
| ........................18201 1/27/06 Trust territory code approach to birth certificate. | | George 3241-01 Cont. Preparation | 185.00 | 0.80s | 148.00 |
| ........................18202 1/27/06 Phone call to Office of the Attorney general. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| ........................18204 1/27/06 Draft of Motion for Summary Judgment. | | George 3241-01 Cont. Draft | 185.00 | 1.50s | 277.50 |
| ........................18208 1/27/06 Revision of Motion for Summary Jugdment. | | George 3241-01 Cont. Preparation | 185.00 | 0.90s | 166.50 |
| ........................18213 1/30/06 Phone call to client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .....................18214 1/30/06 Revision of Motio for Summary Judgment. | | George 3241-01 Cont. Preparation | 185.00 | 2.50s | 462.50 |
| .....................18216 1/30/06 Phone call to client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .....................18217 1/30/06 Revision of Motion for Summary Judgment. | | George 3241-01 Cont. Preparation | 185.00 | 0.50s | 92.50 |
| .....................18218 1/30/06 Meeting with Jed Horey re: Motion for Summary Judgment. | | George 3241-01 Cont. Meeting | 185.00 | 0.40s | 74.00 |
| .....................18220 1/30/06 Research re: backup for birth certificate. | | George 3241-01 Cont. Research | 185.00 | 0.50s | 92.50 |
| .....................18221 1/30/06 Phone call to Chuuk Health Department re: application for birth certificate. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| .....................18223 1/31/06 Revision of Motion for Summary Judgment. | | George 3241-01 Cont. Preparation | 185.00 | 0.50s | 92.50 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .........................18224<br>1/31/06<br>Draft of Declaration in<br>support of Motion for<br>Summary Judgment. | | George<br>3241-01 Cont.<br>Draft | 185.00 | 0.40s | 74.00 |
| .........................18226<br>1/31/06<br>Review of Answer. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.50s | 92.50 |
| .........................18227<br>1/31/06<br>Phone call from client re:<br>declaration. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| .........................18230<br>1/31/06<br>Revision of Motion for<br>Summary Judgment. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.80s | 148.00 |
| .........................18231<br>1/31/06<br>Preparation of exhibits for<br>Motion for Summary Judgment. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.40s | 74.00 |
| .........................18232<br>1/31/06<br>Research re: deprivation of<br>liberties via passport<br>denial. | | George<br>3241-01 Cont.<br>Research | 185.00 | 1.00s | 185.00 |

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Qty | Amount | |
|---|---|---|---|---|---|
| .........................18277<br>1/31/06<br>Xerox Charges | | Emma<br>3241-01 Cont.<br>$Xerox Charges | 1 | 36.00 | 36.00 |

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| .....................18304 | | | | | |
| 1/31/06 | | Emma | | | |
| Fax/Phonebills | | 3241-01 Cont. | Qty | Amount | |
| | | $Fax/Phonebills | 1 | 12.00 | 12.00 |
| | | | | | |
| .....................18634 | | | | | |
| 1/31/06 | | Emma | | | |
| TNI charges | | 3241-01 Cont. | Qty | Amount | |
| | | $Adjustment | 1 | 11.64 | 11.64 |
| | | | | | |
| .....................18872 | | | 185.00 | 0.40s | 74.00 |
| 2/9/06 | | George | | | |
| Phone call to J. Mack at MLS. | | 3241-01 Cont. | | | |
| | | Phone call | | | |
| | | | | | |
| .....................18887 | | | 185.00 | 1.40s | 259.00 |
| 2/13/06 | | George | | | |
| Case management conference hearing. | | 3241-01 Cont. | | | |
| | | Hearing | | | |
| | | | | | |
| .....................18906 | | | 185.00 | 0.40s | 74.00 |
| 2/16/06 | | George | | | |
| Phone call from client. | | 3241-01 Cont. | | | |
| | | Phone call | | | |
| | | | | | |
| .....................18930 | | | 185.00 | 0.40s | 74.00 |
| 2/27/06 | | George | | | |
| Phone call to Mark Schwab. | | 3241-01 Cont. | | | |
| | | Phone call | | | |
| | | | | | |
| .....................18931 | | | 185.00 | 0.30s | 55.50 |
| 2/27/06 | | George | | | |
| Phone call from client re: settlement of claims. | | 3241-01 Cont. | | | |
| | | Phone call | | | |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ........................18949 2/28/06 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |

| | | | Qty | Amount | |
|---|---|---|---|---|---|
| ........................19484 2/28/06 Fax/Phonebills | | Emma 3241-01 Cont. $Fax/Phonebills | | 1 | 45.50 | 45.50 |

| ........................19646 2/28/06 Westlaw charges for January (boh5898) | | Emma 3241-01 Cont. $Adjustment | | Qty 1 | Amount 37.22 | 37.22 |

| ........................19733 2/28/06 Copying fee | | Emma 3241-01 Cont. $Adjustment | | Qty 1 | Amount 29.50 | 29.50 |

| ........................19735 2/28/06 Postage | | Emma 3241-01 Cont. $Postage | | Qty 1 | Amount 1.11 | 1.11 |

| ........................19745 2/28/06 Mileage | | Emma 3241-01 Cont. $Mileage | | Qty 1 | Amount 3.00 | 3.00 |

| ........................19814 2/28/06 TNI charges for February | | Emma 3241-01 Cont. $Adjustment | | Qty 1 | Amount 1.81 | 1.81 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .......................20221<br>3/20/06<br>Meeting with George re EAJA<br>application (twice). Breif<br>research re same. | | Jed<br>3241-01 Cont.<br>Meeting | 230.00<br>1 | 0.70s | 161.00 |
| .......................20290<br>3/3/06<br>Phone call to U.S. Attorney. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| .......................20314<br>3/7/06<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| .......................20329<br>3/7/06<br>Phone call to US Attorney in<br>Guam. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| .......................20355<br>3/9/06<br>Preparation for hearing. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.50s | 92.50 |
| .......................20356<br>3/9/06<br>Phone call to client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| .......................20388<br>3/9/06<br>Review of letter from Mark<br>Shklov. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.40s | 74.00 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ........................20389 3/9/06 Phone call to FSM office. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| ........................20390 3/9/06 Phone call to Chuuk health services. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ........................20391 3/9/06 Phone call to client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ........................20393 3/9/06 Draft of declaration for client. | | George 3241-01 Cont. Draft | 185.00 | 0.40s | 74.00 |
| ........................20395 3/9/06 Preparation for hearing. | | George 3241-01 Cont. Preparation | 185.00 | 0.60s | 111.00 |
| ........................20397 3/10/06 Draft of declaration of George Hasselback. | | George 3241-01 Cont. Draft | 185.00 | 0.30s | 55.50 |
| ........................20398 3/10/06 Preparation for case management conference. | | George 3241-01 Cont. Preparation | 185.00 | 1.00s | 185.00 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................20399<br>3/10/06<br>Case management conference. | | George<br>3241-01 Cont.<br>Conference | 185.00 | 1.40s | 259.00 |
| ......................20401<br>3/10/06<br>Phone call to Sam McFeeders<br>at college. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................20402<br>3/10/06<br>Phone call to client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.50s | 92.50 |
| ......................20404<br>3/10/06<br>Phone call to Mark Schwab. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ......................20406<br>3/10/06<br>Revision of client<br>declaration. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.40s | 74.00 |
| ......................20407<br>3/10/06<br>Email to Mark Schwab. | | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.40s | 74.00 |
| ......................20419<br>3/13/06<br>Phone call to Mark Schwab. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................20444<br>3/29/06<br>Meeting with George re terms<br>of stipulated order. | | Jed<br>3241-01 Cont.<br>Meeting | 230.00<br>1 | 0.30s | 69.00 |
| ......................20459<br>3/16/06<br>Phone call to U.S.<br>Attorney's office. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ......................20461<br>3/16/06<br>Phone call to Mr. Philip. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ......................20462<br>3/16/06<br>Phone call to Northern<br>Mariana College. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................20468<br>3/16/06<br>Email to Mark Schwab. | | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.30s | 55.50 |
| ......................20471<br>3/17/06<br>Review of email from U.S.<br>Attorney. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.20s | 37.00 |
| ......................20472<br>3/17/06<br>Phone call from US attorney. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |

Detail Slip Listing

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................20474 3/17/06 Fax to U.S. Attorney. | | George 3241-01 Cont. Preparation | 185.00 | 0.20s | 37.00 |
| ......................20483 3/20/06 Email to USA. | | George 3241-01 Cont. Correspondence | 185.00 | 0.20s | 37.00 |
| ......................20491 3/20/06 Review of email from USA and follow up. | | George 3241-01 Cont. Review | 185.00 | 0.20s | 37.00 |
| ......................20520 3/21/06 Email to Mark Schwabb. | | George 3241-01 Cont. Correspondence | 185.00 | 0.30s | 55.50 |
| ......................20537 3/22/06 Phone call to Mark Schwabb. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................20554 3/23/06 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................20571 3/23/06 Email to Mark Schwabb. | | George 3241-01 Cont. Correspondence | 185.00 | 0.20s | 37.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................20574<br>3/24/06<br>Review of email from Mark<br>Schwab. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.20s | 37.00 |
| ......................20576<br>3/24/06<br>Status conference with Judge<br>Munson. | | George<br>3241-01 Cont.<br>Conference | 185.00 | 0.60s | 111.00 |
| ......................20580<br>3/24/06<br>Phone call to U.S. attorneys<br>office. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................20597<br>3/27/06<br>Phone call to passport<br>office. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................20630<br>3/28/06<br>EAJA research. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.50s | 92.50 |
| ......................20631<br>3/29/06<br>Draft of stipulation and<br>proposed order. | | George<br>3241-01 Cont.<br>Draft | 185.00 | 0.70s | 129.50 |
| ......................20633<br>3/29/06<br>Email to Mark Schwab. | | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.30s | 55.50 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................20647 3/29/06 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................20736 3/31/06 Meeting with client. | | George 3241-01 Cont. Meeting | 185.00 | 0.40s | 74.00 |

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Qty | Amount | Total |
|---|---|---|---|---|---|
| ......................21226 3/31/06 Fax/Phonebills | | Emma 3241-01 Cont. $Fax/Phonebills | 1 | 14.00 | 14.00 |
| ......................21280 3/31/06 Mileage | | Emma 3241-01 Cont. $Mileage | 1 | 5.40 | 5.40 |

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................21783 3/9/06 Discuss strategy on how to deal with INO's falure to cooperate (again). | | Bob 3241-01 Cont. Meeting  NO CHARGE | 280.00 1 | 0.25s 0.25u | 70.00 |

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Qty | Amount | Total |
|---|---|---|---|---|---|
| ......................21938 3/31/06 TNI charges | | Emma 3241-01 Cont. $Adjustment | 1 | 3.78 | 3.78 |

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................22432 4/6/06 Email to Mike Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.20s | 37.00 |

Connor Berman Dotts & Banes
Detail Slip Listing

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................22432 cont. | | | | | |
| ......................22448 4/10/06 Phone call to US Attorney Office. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................22509 4/12/06 Phone call to Mike Schwab re: settlement. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| ......................22510 4/12/06 Letter to Mike Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.50s | 92.50 |
| ......................22550 4/18/06 Phone call to Mike Schwab. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................22557 4/18/06 Email to Mike Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.30s | 55.50 |
| ......................22559 4/18/06 Draft of motion for status conference. | | George 3241-01 Cont. Draft | 185.00 | 0.00s | 0.00 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................22593<br>4/20/06<br>Review of stipulation from<br>AUSA Rapadas. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.30s | 55.50 |
| ......................22594<br>4/20/06<br>Email to Mike Schwab. | | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.50s | 92.50 |
| ......................22596<br>4/20/06<br>Research re: estoppel issues<br>re: citizenship. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.60s | 111.00 |
| ......................22597<br>4/24/06<br>Review of email/proposed<br>dismissal from Mike Schwab. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.40s | 74.00 |
| ......................22598<br>4/24/06<br>Reply to Mike Schwab re:<br>stipulation. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.50s | 92.50 |
| ......................22599<br>4/24/06<br>Draft of proposed<br>stipulation. | | George<br>3241-01 Cont.<br>Draft | 185.00 | 0.40s | 74.00 |
| ......................22711<br>4/28/06<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|

......................22973
4/30/06                             Emma
TNI charges April                   3241-01 Cont.        Qty    Amount
                                    $Adjustment           1      0.57              0.57


......................23004
4/30/06                             Emma
Xerox Charges                       3241-01 Cont.        Qty    Amount
                                    $Xerox Charges        1     81.00             81.00


......................23079
4/30/06                             Emma
Fax/Phonebills                      3241-01 Cont.        Qty    Amount
                                    $Fax/Phonebills       1     15.00             15.00


......................23383
4/30/06                             Emma
Mileage                             3241-01 Cont.        Qty    Amount
                                    $Mileage              1      0.90              0.90


......................24100                              185.00   0.30s            55.50
5/1/06
File search for client.             George
                                    3241-01 Cont.
                                    Preparation


......................24130                              185.00   0.40s            74.00
5/2/06
Review of stipulation.              George
                                    3241-01 Cont.
                                    Review


......................24131                              185.00   0.40s            74.00
5/2/06
Email to Mike Schwab.               George
                                    3241-01 Cont.
                                    Correspondence

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................24135<br>5/2/06<br>Phone call from Mike Schwab. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| ......................24180<br>5/3/06<br>Review of stipulation. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.40s | 74.00 |
| ......................24183<br>5/3/06<br>Phone call from Court. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................24203<br>5/5/06<br>Review of court order. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.20s | 37.00 |
| ......................24246<br>5/8/06<br>Email to Mike Schwab. | | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.30s | 55.50 |
| ......................24343<br>5/12/06<br>Research re: EAJA. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.30s | 55.50 |
| ......................24418<br>5/19/06<br>Email to Mike Schwab. | | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.20s | 37.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................24419 5/19/06 Letter to Mike Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.40s | 74.00 |
| ......................24502 5/24/06 Email to Mike Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.20s | 37.00 |

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Qty | Amount | Total |
|---|---|---|---|---|---|
| ......................24508 5/12/06 DHL - boh6127 | | Emma 3241-01 Cont. $DHL | 1 | 17.29 | 17.29 |

| GRAND TOTAL | | | Time | Total |
|---|---|---|---|---|
| | Timekeeper | | 93.05s | 17534.00 |
| | Client | | | 0.00 |
| | Activity | | | 678.90 |
| | Billable | | 92.80 | 18142.90 |
| | Unbillable | | 0.25 | 70.00 |