# BERNARD PHILLIP
## SUMMARY OF FEES AND COSTS

### AT NORMAL RATE:

| | |
|---|---|
| ATTORNEYS FEES (77.50HRS.) | $ 14,514.50 |
| COSTS OF ACTION | 688.93 |
| TOTAL | $ 15,203.43 |

### AT STATUTORY RATE OF $125.00/HOUR:

| | |
|---|---|
| ATTORNEYS FEES (77.50HRS.) | $  9,687.50 |
| COSTS OF ACTION | 688.93 |
| **TOTAL** | **$ 10,376.43** |



EXHIBIT "B"

# BERNARD PHILLIP
## SUMMARY OF FEES AND COSTS

## BREAKDOWN OF ATTORNEYS FEES

| | |
|---|---:|
| DAVID G. BANES   (0.60HR.S @$240.00/HOUR) | $   144.00 |
| JOSEPH E. HOREY  (3.20HRS. @230.00/HOUR) | 736.00 |
| GEORGE L. HASSELBACK  (73.70 @$185.00/HOUR) | 13,634.50 |
| **TOTAL** | **$ 14,514.50** |

════════════════════════════════ Selection Criteria ════════════════════════════════

```
Date range        : 10/1/98 through  6/4/06
Slip numbers      :All
Timekeeper        :All
Client            :3241-01 Cont.
Activity          :All
Custom Fields     :All
Reference         :All
Slip status       :Open
Billing status    :All
Rate source       :All at level All
Bookmark slips    :Not checked
Hours             :All
Dollars           :All
Variance          :Not checked
```

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................15866 | | | 230.00<br>1 | 0.30s | 69.00 |
| 10/25/05<br>Meeting with George<br>Hasselback re civil rights<br>case and potential<br>preliminary motion. | | Jed<br>3241-01 Cont.<br>Meeting | | | |
| ......................15870 | | | 230.00<br>1 | 0.60s | 138.00 |
| 10/27/05<br>Meeting with George<br>Hasselback re progress of<br>negotiations with US<br>Immigration and ideas for<br>projected lawsuit. (twice) | | Jed<br>3241-01 Cont.<br>Meeting | | | |
| ......................15929 | | | | | |
| 10/31/05<br>Fax/Phonebills | | Emma<br>3241-01 Cont. | Qty | Amount | |
| | | $Fax/Phonebills | 1 | 14.50 | 14.50 |
| ......................16058 | | | 185.00 | 0.50s | 92.50 |
| 10/17/05<br>Review of records for<br>potential client. | | George<br>3241-01 Cont.<br>Review | | | |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .......................16059<br>10/17/05<br>Research re: issuance of<br>passport/determination of<br>citizenship. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.50s | 92.50 |
| .......................16060<br>10/17/05<br>Phone call to Jane Mack at<br>MLS. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| .......................16067<br>10/18/05<br>Meeting with Micronesian<br>Legal Services re: new case. | | George<br>3241-01 Cont.<br>Meeting | 185.00 | 1.00s | 185.00 |
| .......................16073<br>10/19/05<br>Phone call from potential<br>client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| .......................16085<br>10/21/05<br>Phone conference with client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| .......................16087<br>10/21/05<br>Research re: passpory<br>issuance. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.70s | 129.50 |
| .......................16089<br>10/24/05<br>Draft of Complaint. | | George<br>3241-01 Cont.<br>Draft | 185.00 | 1.20s | 222.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total | |
|---|---|---|---|---|---|---|
| .....................16090 10/24/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 | |
| .....................16091 10/24/05 Phone call to CNMI Immigration re: options to travel. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 | ✓ |
| .....................16092 10/24/05 Phone call to Guam Ice re: alternate travel arrangements. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 | ✓ |
| .....................16093 10/24/05 Phone call to Guam Ice re: follow up. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 | ✓ |
| .....................16094 10/24/05 Phone call from client re: airline. | | George 3241-01 Cont. Phone call  NO CHARGE | 185.00 | 0.20s 0.20u | 37.00 | ✓ |
| .....................16095 10/24/05 Phone call to Mr. Palacios to confirm airline for travel. | | George 3241-01 Cont. Phone call  NO CHARGE | 185.00 | 0.20s 0.20u | 37.00 | ✓ |
| .....................16096 10/24/05 Revision of complaint. | | George 3241-01 Cont. Preparation | 185.00 | 0.40s | 74.00 | |

0.00

For time: s=spent   u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................16096 cont. | | | | | |
| 10/25/05 Phone call from client. | 16102 | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| 10/25/05 Final revision of complaint. | 16104 | George 3241-01 Cont. Preparation | 185.00 | 0.20s | 37.00 |
| 10/25/05 Phone call to freedom air. | 16147 | George 3241-01 Cont. Phone call  NO CHARGE | 185.00 | 0.20s 0.20u | 37.00 ✓ |
| 10/25/05 Research with Jed Horey re: trial strategy. | 16149 | George 3241-01 Cont. Research | 185.00 | 0.40s | 74.00 |
| 10/26/05 Phone call to Guam ICE. | 16182 | George 3241-01 Cont. Phone call | 185.00 | (0.50s) | 92.50 ✓ |
| 10/26/05 Phone call to Senior Citizen's center. | 16183 | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |

(0.60)

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .......................16187<br>10/27/05<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| .......................16188<br>10/27/05<br>Phone call from Guam ICE. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 ✓ |
| .......................16192<br>10/27/05<br>Phone call from Guam Ice. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.70s | 129.50 ✓ |
| .......................16194<br>10/27/05<br>Revision of complaint. | | George<br>3241-01 Cont.<br>Client Dvlp | 185.00 | 1.20s | 222.00 |
| .......................16195<br>10/27/05<br>Research re: attorneys fees. | | George<br>3241-01 Cont.<br>Research | 185.00 | 2.30s | 425.50 |
| .......................16208<br>10/31/05<br>Revision of complaint. | | George<br>3241-01 Cont.<br>Client Dvlp | 185.00 | 0.40s | 74.00 |
| .......................16209<br>10/31/05<br>Draft of declaration. | | George<br>3241-01 Cont.<br>Draft<br><br>NO CHARGE | 185.00 | 0.70s<br>0.70u | 129.50 |

0 .90

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ....................16209 | | cont. | | | |
| ....................16210 10/31/05 Draft of motion for TRO. | | George 3241-01 Cont. Draft  NO CHARGE | 185.00 | 1.20s 1.20u | 222.00 |
| ....................16211 10/31/05 Phone call to local USA office. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 ✓ |
| ....................16212 10/31/05 Phone call to Guam USA office. | | George 3241-01 Cont. Phone call | 185.00 | 0.60s | 111.00 ✓ |
| ....................16213 10/31/05 Preparation of forms, calls to ESM consulate. | | George 3241-01 Cont. Preparation | 185.00 | 1.20s | 222.00 ✓ |
| ....................16214 10/31/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| ....................16217 10/31/05 Download / fill out g-28 form. | | George 3241-01 Cont. Client Dvlp | 185.00 | 0.40s | 74.00 ✓ |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Timekeeper<br>Client<br>Slip# Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|
| ......................16218<br>10/31/05<br>Research re: attorneys fees. | George<br>3241-01 Cont.<br>Research | 185.00 | 0.50s | 92.50 |

| ......................16337<br>10/31/05<br>TNI Charges - October | Emma<br>3241-01 Cont.<br>$Adjustment | Qty<br>1 | Amount<br>8.18 | 8.18 |

| ......................16345<br>10/31/05<br>Various discussion with<br>George Hasselback re: status<br>and strategy of matter over<br>a week period. | Dave<br>3241-01 Cont.<br>Meeting<br><br>NO CHARGE | 240.00<br>1 | 0.40s<br>0.40u | 96.00 |

| ......................16428<br>10/24/05<br>Discussion re: facts and<br>immigration. | Eric<br>3241-01 Cont.<br>Meeting<br><br>NO CHARGE | 180.00<br>1 | 0.20s<br>0.20u | 36.00 |

| ......................16463<br>10/31/05<br>Meeting with George re<br>issues in case. | Jed<br>3241-01 Cont.<br>Meeting<br><br>NO CHARGE | 230.00<br>1 | 0.30s<br>0.30u | 69.00 |

| ......................16539<br>11/29/05<br>Filing fee - complaint and<br>demand for jury trial<br>(boh5523) | Emma<br>3241-01 Cont.<br>$Filing fee | Qty<br>1 | Amount<br>250.00 | 250.00 |

For time: s=spent   u=unbillable e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|

........................16679
11/30/05                        Emma
Word Processing                 3241-01 Cont.              Qty    Amount
                                $WordProcessing             1      4.17         4.17

........................16692                       240.00    0.45s      108.00
 11/1/05                        Dave                   1      0.45u
Discussion with George          3241-01 Cont.
Hasselback re: status and       Meeting
strategy. Review letters
to/from government officials.   NO CHARGE

........................16723
11/30/05                        Emma
Xerox Charges                   3241-01 Cont.              Qty    Amount
                                $Xerox Charges              1     51.30        51.30

........................16757
11/30/05                        Emma
Fax/Phonebills                  3241-01 Cont.              Qty    Amount
                                $Fax/Phonebills             1     22.50        22.50

........................16876                       185.00   (0.20s)     37.00  ✓
 11/1/05                        George
Phone call to Guam FSM          3241-01 Cont.
consulate.                      Phone call

........................16877                       185.00    0.30s      55.50  ✓
 11/1/05                        George                       0.30u
Phone call to Carolinian        3241-01 Cont.
Affairs.                        Phone call

                                NO CHARGE

........................16917                       185.00   (0.20s)     37.00  ✓
 11/1/05                        George
Phone call to man amko ctr.     3241-01 Cont.
                                Phone call

0.40

**Date    6/6/06**                O'Connor Berman Dotts & Banes              **Page 9**
**Time 2:23 am**                       Detail Slip Listing

For time: s=spent   u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Timekeeper<br>Client<br>Slip# Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|
| .......................16917 cont. | | | | |
| .......................16921<br>11/1/05<br>Phone call from Carolinian<br>Affairs. | George<br>3241-01 Cont.<br>Phone call<br><br>NO CHARGE | 185.00 | 0.20s<br>0.20u | 37.00 ✔ |
| .......................16932<br>11/3/05<br>Phone call to client. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| .......................16938<br>11/3/05<br>Phone call from client. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| .......................16939<br>11/3/05<br>Phone call to Guam Ice. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 ✔ |
| .......................16942<br>11/3/05<br>Phone call from client. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| .......................16949<br>11/7/05<br>Phone call from client. | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total | |
|---|---|---|---|---|---|---|
| ....................16952<br>11/7/05<br>Review of letter from Guam<br>ICE draft of response. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.50s | 92.50 | ✓ |
| ....................16953<br>11/8/05<br>Revision of letter to R.<br>Miner. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.30s | 55.50 | ✓ |
| ....................16954<br>11/8/05<br>Document assembly for email. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.20s | 37.00 | ✓ |
| ....................16964<br>11/9/05<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 | ✓ |
| ....................16973<br>11/10/05<br>Phone call to Guam ICE. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 | ✓ |
| ....................16978<br>11/10/05<br>Phone call to Freedom Air. | | George<br>3241-01 Cont.<br>Phone call<br><br>NO CHARGE | 185.00 | 0.20s<br>0.20u | 37.00 | ✓ |
| ....................16995<br>11/14/05<br>Phone call to Guam ICE. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 | ✓ |

For time:  s=spent   u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................16995 | | cont. | | | |
| ......................16996 11/14/05 Phone call to freedom air. | | George 3241-01 Cont. Phone call NO CHARGE | 185.00 | 0.20s 0.20u | 37.00 ✓ |
| ......................16999 11/14/05 Phone call from Freedom Air. | | George 3241-01 Cont. Phone call NO CHARGE | 185.00 | 0.20s 0.20u | 37.00 ✓ |
| ......................17002 11/14/05 Phone call from Freedom Air. | | George 3241-01 Cont. Phone call NO CHARGE | 185.00 | 0.30s 0.30u | 55.50 ✓ |
| ......................17004 11/14/05 Phone call to Saipan Immigration. | | George 3241-01 Cont. Phone call | 185.00 | (0.20s) | 37.00 ✓ |
| ......................17010 11/15/05 Phone call to Saipan Immigration. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 ✓ |
| ......................17021 11/16/05 Phone call from runner. | | George 3241-01 Cont. Phone call NO CHARGE | 185.00 | 0.20s 0.20u | 37.00 |

Date   6/6/06          O'Connor Berman Dotts & Banes
Time 2:23 am Case 1:05-cv-00039   Document 16-3   Filed 06/09/2006   Page 14 of 40        Page 12

Detail Slip Listing

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total | |
|---|---|---|---|---|---|---|
| .....................17022<br>11/16/05<br>Phone call to CNMI<br>Immigration. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 | ✓ |
| .....................17023<br>11/16/05<br>Phone call from CNMI<br>Immigration. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 | ✓ |
| .....................17025<br>11/16/05<br>Phone call to man'amko<br>center. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 | ✓ |
| .....................17026<br>11/16/05<br>Phone call to Mr. Phillip in<br>CHC. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 | ✓ |
| .....................17044<br>11/18/05<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 | |
| .....................17045<br>11/18/05<br>Revision of complaint. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 1.60s | 296.00 | |
| .....................17047<br>11/18/05<br>Meeting with David Banes re:<br>filing. | | George<br>3241-01 Cont.<br>Meeting | 185.00 | 0.50s | 92.50 | |

1.10

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................17050 11/21/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| ......................17069 11/22/05 Phone call to M. Schwab. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................17071 11/22/05 Phone call to US  Attorney's office. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................17087 11/28/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| ......................17090 11/28/05 Phone call to Jane Mack. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| ......................17092 11/28/05 Research reL Bivens action. | | George 3241-01 Cont. Research | 185.00 | 1.00s | 185.00 |
| ......................17093 11/28/05 Review/revision of complaint and declaration. | | George 3241-01 Cont. Review | 185.00 | 1.30s | 240.50 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ......................17095 11/29/05 Review/revision of complaint. | | George 3241-01 Cont. Review | 185.00 | 0.50s | 92.50 |
| ......................17096 11/29/05 Meeting with client. | | George 3241-01 Cont. Meeting | 185.00 | 1.00s | 185.00 |
| ......................17103 11/29/05 Organization of exhibits. | | George 3241-01 Cont. Preparation | 185.00 | 0.60s | 111.00 |
| ......................17106 11/29/05 Research re: service of process on USA. | | George 3241-01 Cont. Research | 185.00 | 1.00s | 185.00 |
| ......................17108 11/29/05 Federal court cover sheet. | | George 3241-01 Cont. Preparation | 185.00 | 0.30s | 55.50 |
| ......................17124 11/18/05 Discussion with George Hassellback re: status and strategy of trying to get Mr. Phillip into Guam or suit. | | Dave 3241-01 Cont. Conference NO CHARGE | 240.00 1 | 0.35s 0.35u | 84.00 |
| ......................17130 11/23/05 Review and revise complaint. | | Dave 3241-01 Cont. Review | 240.00 1 | 0.60s | 144.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .....................17130 | | cont. | | | |

| | | | Qty | Amount | |
|---|---|---|---|---|---|
| .....................17172 | | Emma | | | |
| 11/30/05 TNI charges - November | | 3241-01 Cont. $Adjustment | 1 | 1.94 | 1.94 |

| | | | Qty | Amount | |
|---|---|---|---|---|---|
| .....................17302 | | Emma | | | |
| 12/31/05 Mileage | | 3241-01 Cont. $Mileage | 1 | 1.20 | 1.20 |

| | | | Qty | Amount | |
|---|---|---|---|---|---|
| .....................17317 | | Emma | | | |
| 12/31/05 Postage | | 3241-01 Cont. $Postage | 1 | 5.34 | 5.34 |

| .....................17461 | | | 185.00 | 0.20s | 37.00 |
|---|---|---|---|---|---|
| 12/2/05 Phone call from client. | | George 3241-01 Cont. Phone call | | | |

| .....................17480 | | | 185.00 | 0.30s | 55.50 |
|---|---|---|---|---|---|
| 12/6/05 Phone call from client. | | George 3241-01 Cont. Phone call | | | |

| .....................17489 | | | 185.00 | 0.50s | 92.50 |
|---|---|---|---|---|---|
| 12/7/05 Phone call from client re: MHA concerns. | | George 3241-01 Cont. Phone call | | | |

NO CHARGE

0.00

For time: s=spent   u=unbillable e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .....................17511 12/12/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| .....................17560 12/19/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .....................17593 12/21/05 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .....................17595 12/21/05 Phone call to U.S. Attorney's Office. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .....................17596 12/21/05 Phone call from U.S. Attorney's Office. | | George 3241-01 Cont. Phone call | 185.00 | 0.50s | 92.50 |

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Qty | Amount | Total |
|---|---|---|---|---|---|
| .....................17763 12/31/05 TNI charges - December | | Emma 3241-01 Cont. $Adjustment | 1 | 2.38 | 2.38 |

| .....................17887 1/26/06 Meeting with George Hasselback re summary judgment motion. Brief research re same. | | Jed 3241-01 Cont. Meeting NO CHARGE | 230.00 1 | 0.60s 0.60u | 138.00 |

Case 1:05-cv-00039   Document 16-3   Filed 06/09/2006   Page 19 of 40

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .....................17887 | | cont. | | | |
| .....................17894 1/27/06 Meeting with George Hasselback re issues in case. | | Jed 3241-01 Cont. Meeting  NO CHARGE | 230.00 1 | 0.30s 0.30u | 69.00 |
| .....................17899 1/30/06 Review draft motion for summary judgment. Meetings and discussions with George Hasselback re same. | | Jed 3241-01 Cont. Review | 230.00 1 | 1.30s | 299.00 |
| .....................17961 1/3/06 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .....................17978 1/4/06 Phone call to Frank Guerrero on Guam. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .....................17994 1/5/06 Phone call to Guam US Attorney's office, re: service upon N. Finn. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| .....................17995 1/5/06 Research of service of process in Hawaii. | | George 3241-01 Cont. Research | 185.00 | 0.50s | 92.50 |

Case 1:05-cv-00039   Document 16-3   Filed 06/09/2006

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................17996<br>  1/5/06<br>Preparation of documents for<br>personal service upon N.<br>Finn. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.30s | 55.50 |
| ......................17997<br>  1/5/06<br>Meeting with David Banes re:<br>service of process issues. | | George<br>3241-01 Cont.<br>Meeting<br><br>NO CHARGE | 185.00 | 0.30s<br>0.30u | 55.50 |
| ......................18002<br>  1/6/06<br>Phone call to HA office. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ......................18003<br>  1/6/06<br>Draft of letter to HA office<br>re: service of process. | | George<br>3241-01 Cont.<br>Draft | 185.00 | 0.30s | 55.50 |
| ......................18023<br>  1/10/06<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ......................18027<br>  1/10/06<br>Draft letter to US<br>Attorney's office. | | George<br>3241-01 Cont.<br>Draft | 185.00 | 0.70s | 129.50 |
| ......................18032<br>  1/10/06<br>Revision of letter to US<br>Attorney's office. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.30s | 55.50 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .....................18032 | | cont. | | | |
| .....................18047<br>1/12/06<br>Research re: domicile. | | George<br>3241-01 Cont.<br>Research | 185.00 | 1.00s | 185.00 |
| .....................18049<br>1/13/06<br>Research re: presumption of<br>continued domicile. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.70s | 129.50 |
| .....................18091<br>1/17/06<br>Phone call from client re:<br>Motion for Summary Judgment. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| .....................18152<br>1/23/06<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |
| .....................18161<br>1/24/06<br>Phone call to District Court<br>re: other cases. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| .....................18174<br>1/24/06<br>Research re: summary<br>judgment. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.70s | 129.50 |

Date   6/6/06          O'Connor Berman Dotts & Banes
Time 2:23 am  Case 1:05-cv-00039   Document 16-3   Filed 06/09/2006   Page 22 of 40          Page 20

Detail Slip Listing

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| ....................18191 1/26/06 Research re: past cases involving chuukese- born US citizens. | | George 3241-01 Cont. Research | 185.00 | 1.00s | 185.00 |
| ....................18192 1/26/06 Phone call to Court to schedule motion hearing. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ....................18197 1/26/06 Draft Motion for Summary Judgment. | | George 3241-01 Cont. Draft | 185.00 | 1.00s | 185.00 |
| ....................18198 1/27/06 Email to FSM office. | | George 3241-01 Cont. Correspondence | 185.00 | 0.40s | 74.00 |
| ....................18199 1/27/06 Phone call to Chuuk clerk of courts. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| ....................18200 1/27/06 Research re: quantum of proof of citizenship. | | George 3241-01 Cont. Research | 185.00 | 0.60s | 111.00 |
| ....................18201 1/27/06 Trust territory code approach to birth certificate. | | George 3241-01 Cont. Preparation | 185.00 | 0.80s | 148.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................18202<br>1/27/06<br>Phone call to Office of the<br>Attorney general. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ......................18204<br>1/27/06<br>Draft of Motion for Summary<br>Judgment. | | George<br>3241-01 Cont.<br>Draft | 185.00 | 1.50s | 277.50 |
| ......................18208<br>1/27/06<br>Revision of Motion for<br>Summary Jugdment. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.90s | 166.50 |
| ......................18213<br>1/30/06<br>Phone call to client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................18214<br>1/30/06<br>Revision of Motio for<br>Summary Judgment. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 2.50s | 462.50 |
| ......................18216<br>1/30/06<br>Phone call to client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................18217<br>1/30/06<br>Revision of Motion for<br>Summary Judgment. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.50s | 92.50 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .....................18218 1/30/06 Meeting with Jed Horey re: Motion for Summary Judgment. | | George 3241-01 Cont. Meeting | 185.00 | 0.40s | 74.00 |
| .....................18220 1/30/06 Research re: backup for birth certificate. | | George 3241-01 Cont. Research | 185.00 | 0.50s | 92.50 |
| .....................18221 1/30/06 Phone call to Chuuk Health Department re: application for birth certificate. | | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| .....................18223 1/31/06 Revision of Motion for Summary Judgment. | | George 3241-01 Cont. Preparation | 185.00 | 0.50s | 92.50 |
| .....................18224 1/31/06 Draft of Declaration in support of Motion for Summary Judgment. | | George 3241-01 Cont. Draft | 185.00 | 0.40s | 74.00 |
| .....................18226 1/31/06 Review of Answer. | | George 3241-01 Cont. Review | 185.00 | 0.50s | 92.50 |
| .....................18227 1/31/06 Phone call from client re: declaration. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .......................18230<br>1/31/06<br>Revision of Motion for<br>Summary Judgment. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.80s | 148.00 |
| .......................18231<br>1/31/06<br>Preparation of exhibits for<br>Motion for Summary Judgment. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.40s | 74.00 |
| .......................18232<br>1/31/06<br>Research re: deprivation of<br>liberties via passport<br>denial. | | George<br>3241-01 Cont.<br>Research | 185.00 | 1.00s | 185.00 |

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Qty | Amount | Total |
|---|---|---|---|---|---|
| .......................18277<br>1/31/06<br>Xerox Charges | | Emma<br>3241-01 Cont.<br>$Xerox Charges | 1 | 36.00 | 36.00 |
| .......................18304<br>1/31/06<br>Fax/Phonebills | | Emma<br>3241-01 Cont.<br>$Fax/Phonebills | 1 | 12.00 | 12.00 |
| .......................18634<br>1/31/06<br>TNI charges | | Emma<br>3241-01 Cont.<br>$Adjustment | 1 | 11.64 | 11.64 |

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .......................18872<br>2/9/06<br>Phone call to J. Mack at MLS. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.40s | 74.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ...................18887 | | | 185.00 | 1.40s | 259.00 |
| 2/13/06 | | George | | | |
| Case management conference | | 3241-01 Cont. | | | |
| hearing. | | Hearing | | | |
| ...................18906 | | | 185.00 | 0.40s | 74.00 |
| 2/16/06 | | George | | | |
| Phone call from client. | | 3241-01 Cont. | | | |
| | | Phone call | | | |
| ...................18930 | | | 185.00 | 0.40s | 74.00 |
| 2/27/06 | | George | | | |
| Phone call to Mark Schwab. | | 3241-01 Cont. | | | |
| | | Phone call | | | |
| ...................18931 | | | 185.00 | 0.30s | 55.50 |
| 2/27/06 | | George | | | |
| Phone call from client re: | | 3241-01 Cont. | | | |
| settlement of claims. | | Phone call | | | |
| ...................18949 | | | 185.00 | 0.20s | 37.00 |
| 2/28/06 | | George | | | |
| Phone call from client. | | 3241-01 Cont. | | | |
| | | Phone call | | | |

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Qty | Amount | Total |
|---|---|---|---|---|---|
| ...................19484 | | Emma | | | |
| 2/28/06 | | 3241-01 Cont. | | | |
| Fax/Phonebills | | $Fax/Phonebills | 1 | 45.50 | 45.50 |
| ...................19646 | | Emma | | | |
| 2/28/06 | | 3241-01 Cont. | | | |
| Westlaw charges for January | | $Adjustment | 1 | 37.22 | 37.22 |
| (boh5898) | | | | | |

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description       Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|
| ......................19733 | Emma | | | |
| 2/28/06 | 3241-01 Cont. | Qty | Amount | |
| Copying fee | $Adjustment | 1 | 29.50 | 29.50 |
| ......................19735 | Emma | | | |
| 2/28/06 | 3241-01 Cont. | Qty | Amount | |
| Postage | $Postage | 1 | 1.11 | 1.11 |
| ......................19745 | Emma | | | |
| 2/28/06 | 3241-01 Cont. | Qty | Amount | |
| Mileage | $Mileage | 1 | 3.00 | 3.00 |
| ......................19814 | Emma | | | |
| 2/28/06 | 3241-01 Cont. | Qty | Amount | |
| TNI charges for February | $Adjustment | 1 | 1.81 | 1.81 |
| ......................20221 | Jed | 230.00 | 0.70s | 161.00 |
| 3/20/06 | 3241-01 Cont. | 1 | | |
| Meeting with George re EAJA<br>application (twice).  Breif<br>research re same. | Meeting | | | |
| ......................20290 | | 185.00 | 0.20s | 37.00 |
| 3/3/06 | George | | | |
| Phone call to U.S. Attorney. | 3241-01 Cont.<br>Phone call | | | |
| ......................20314 | | 185.00 | 0.30s | 55.50 |
| 3/7/06 | George | | | |
| Phone call from client. | 3241-01 Cont.<br>Phone call | | | |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .....................20329 3/7/06 Phone call to US Attorney in Guam. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| .....................20355 3/9/06 Preparation for hearing. | | George 3241-01 Cont. Preparation | 185.00 | 0.50s | 92.50 |
| .....................20356 3/9/06 Phone call to client. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| .....................20388 3/9/06 Review of letter from Mark Shklov. | | George 3241-01 Cont. Review  NO CHARGE | 185.00 | 0.40s 0.40u | 74.00 |
| .....................20389 3/9/06 Phone call to FSM office. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| .....................20390 3/9/06 Phone call to Chuuk health services. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .....................20391 3/9/06 Phone call to client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................20391 cont. | | | | | |
| 3/9/06<br>Draft of declaration for<br>client. | ......................20393 | George<br>3241-01 Cont.<br>Draft | 185.00 | 0.40s | 74.00 |
| 3/9/06<br>Preparation for hearing. | ......................20395 | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.60s | 111.00 |
| 3/10/06<br>Draft of declaration of<br>George Hasselback. | ......................20397 | George<br>3241-01 Cont.<br>Draft | 185.00 | 0.30s | 55.50 |
| 3/10/06<br>Preparation for case<br>management conference. | ......................20398 | George<br>3241-01 Cont.<br>Preparation | 185.00 | 1.00s | 185.00 |
| 3/10/06<br>Case management conference. | ......................20399 | George<br>3241-01 Cont.<br>Conference | 185.00 | 1.40s | 259.00 |
| 3/10/06<br>Phone call to Sam McFeeders<br>at college. | ......................20401 | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .....................20402 3/10/06 Phone call to client. | | George 3241-01 Cont. Phone call | 185.00 | 0.50s | 92.50 |
| .....................20404 3/10/06 Phone call to Mark Schwab. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| .....................20406 3/10/06 Revision of client declaration. | | George 3241-01 Cont. Preparation | 185.00 | 0.40s | 74.00 |
| .....................20407 3/10/06 Email to Mark Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.40s | 74.00 |
| .....................20419 3/13/06 Phone call to Mark Schwab. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| .....................20444 3/29/06 Meeting with George re terms of stipulated order. | | Jed 3241-01 Cont. Meeting | 230.00 1 | 0.30s | 69.00 |
| .....................20459 3/16/06 Phone call to U.S. Attorney's office. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Timekeeper Client Slip# Activity | Rate Level | Time | Total |
|---|---|---|---|---|
| .......................20461 3/16/06 Phone call to Mr. Philip. | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |
| .......................20462 3/16/06 Phone call to Northern Mariana College. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................20468 3/16/06 Email to Mark Schwab. | George 3241-01 Cont. Correspondence | 185.00 | 0.30s | 55.50 |
| .......................20471 3/17/06 Review of email from U.S. Attorney. | George 3241-01 Cont. Review | 185.00 | 0.20s | 37.00 |
| .......................20472 3/17/06 Phone call from US attorney. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .......................20474 3/17/06 Fax to U.S. Attorney. | George 3241-01 Cont. Preparation | 185.00 | 0.20s | 37.00 |
| .......................20483 3/20/06 Email to USA. | George 3241-01 Cont. Correspondence | 185.00 | 0.20s | 37.00 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................20491<br>3/20/06<br>Review of email from USA and<br>follow up. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.20s | 37.00 |
| ......................20520<br>3/21/06<br>Email to Mark Schwabb. | | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.30s | 55.50 |
| ......................20537<br>3/22/06<br>Phone call to Mark Schwabb. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................20554<br>3/23/06<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................20571<br>3/23/06<br>Email to Mark Schwabb. | | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.20s | 37.00 |
| ......................20574<br>3/24/06<br>Review of email from Mark<br>Schwab. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.20s | 37.00 |
| ......................20576<br>3/24/06<br>Status conference with Judge<br>Munson. | | George<br>3241-01 Cont.<br>Conference | 185.00 | 0.60s | 111.00 |

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .....................20580 3/24/06 Phone call to U.S. attorneys office. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .....................20597 3/27/06 Phone call to passport office. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .....................20630 3/28/06 EAJA research. | | George 3241-01 Cont. Research | 185.00 | 0.50s | 92.50 |
| .....................20631 3/29/06 Draft of stipulation and proposed order. | | George 3241-01 Cont. Draft | 185.00 | 0.70s | 129.50 |
| .....................20633 3/29/06 Email to Mark Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.30s | 55.50 |
| .....................20647 3/29/06 Phone call from client. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .....................20736 3/31/06 Meeting with client. | | George 3241-01 Cont. Meeting | 185.00 | 0.40s | 74.00 |

Date   6/6/06           O'Connor Berman Dotts & Banes
Time 2:23 am   Case 1:05-cv-00039   Document 16-3   Filed 06/09/2006   Page 34 of 40         Page 32

Detail Slip Listing

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .....................21226 3/31/06 Fax/Phonebills | | Emma 3241-01 Cont. $Fax/Phonebills | Qty 1 | Amount 14.00 | 14.00 |
| .....................21280 3/31/06 Mileage | | Emma 3241-01 Cont. $Mileage | Qty 1 | Amount 5.40 | 5.40 |
| .....................21783 3/9/06 Discuss strategy on how to deal with INO's falure to cooperate (again). | | Bob 3241-01 Cont. Meeting NO CHARGE | 280.00 1 | 0.25s 0.25u | 70.00 |
| .....................21938 3/31/06 TNI charges | | Emma 3241-01 Cont. $Adjustment | Qty 1 | Amount 3.78 | 3.78 |
| .....................22432 4/6/06 Email to Mike Schwab. | | George 3241-01 Cont. Correspondence | 185.00 | 0.20s | 37.00 |
| .....................22448 4/10/06 Phone call to US Attorney Office. | | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| .....................22509 4/12/06 Phone call to Mike Schwab re: settlement. | | George 3241-01 Cont. Phone call | 185.00 | 0.30s | 55.50 |

Case 1:05-cv-00039  Document 105  Filed 06/09/2006    Page 35 of 40

O'Connor Berman Dotts & Banes

Detail Slip Listing

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Timekeeper Client Slip# Activity | Rate Level | Time | Total |
|---|---|---|---|---|
| ......................22509 cont. | | | | |
| ......................22510 4/12/06 Letter to Mike Schwab. | George 3241-01 Cont. Correspondence | 185.00 | 0.50s | 92.50 |
| ......................22550 4/18/06 Phone call to Mike Schwab. | George 3241-01 Cont. Phone call | 185.00 | 0.20s | 37.00 |
| ......................22557 4/18/06 Email to Mike Schwab. | George 3241-01 Cont. Correspondence | 185.00 | 0.30s | 55.50 |
| ......................22559 4/18/06 Draft of motion for status conference. | George 3241-01 Cont. Draft | 185.00 | 0.00s | 0.00 |
| ......................22593 4/20/06 Review of stipulation from AUSA Rapadas. | George 3241-01 Cont. Review | 185.00 | 0.30s | 55.50 |
| ......................22594 4/20/06 Email to Mike Schwab. | George 3241-01 Cont. Correspondence | 185.00 | 0.50s | 92.50 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .......................22596<br>4/20/06<br>Research re: estoppel issues<br>re: citizenship. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.60s | 111.00 |
| .......................22597<br>4/24/06<br>Review of email/proposed<br>dismissal from Mike Schwab. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.40s | 74.00 |
| .......................22598<br>4/24/06<br>Reply to Mike Schwab re:<br>stipulation. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.50s | 92.50 |
| .......................22599<br>4/24/06<br>Draft of proposed<br>stipulation. | | George<br>3241-01 Cont.<br>Draft | 185.00 | 0.40s | 74.00 |
| .......................22711<br>4/28/06<br>Phone call from client. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |

| | | | | Qty | Amount | |
|---|---|---|---|---|---|---|
| .......................22973<br>4/30/06<br>TNI charges April | | Emma<br>3241-01 Cont.<br>$Adjustment | | 1 | 0.57 | 0.57 |
| .......................23004<br>4/30/06<br>Xerox Charges | | Emma<br>3241-01 Cont.<br>$Xerox Charges | | 1 | 81.00 | 81.00 |

For time: s=spent   u=unbillable  e=estimated   v=variance

| Date / Start Time Reference Description | Timekeeper Client Slip# Activity | Rate Level | Time | Total |
|---|---|---|---|---|
| .......................23079 4/30/06 Fax/Phonebills | Emma 3241-01 Cont. $Fax/Phonebills | Qty 1 | Amount 15.00 | 15.00 |
| .......................23383 4/30/06 Mileage | Emma 3241-01 Cont. $Mileage | Qty 1 | Amount 0.90 | 0.90 |
| .......................24100 5/1/06 File search for client. | George 3241-01 Cont. Preparation NO CHARGE | 185.00 | 0.30s 0.30u | 55.50 |
| .......................24130 5/2/06 Review of stipulation. | George 3241-01 Cont. Review | 185.00 | 0.40s | 74.00 |
| .......................24131 5/2/06 Email to Mike Schwab. | George 3241-01 Cont. Correspondence | 185.00 | 0.40s | 74.00 |
| .......................24135 5/2/06 Phone call from Mike Schwab. | George 3241-01 Cont. Phone call | 185.00 | 0.40s | 74.00 |
| .......................24180 5/3/06 Review of stipulation. | George 3241-01 Cont. Review | 185.00 | 0.40s | 74.00 |

For time: s=spent   u=unbillable e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................24180 | | cont. | | | |
| ......................24183<br>5/3/06<br>Phone call from Court. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................24203<br>5/5/06<br>Review of court order. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.20s | 37.00 |
| ......................24246<br>5/8/06<br>Email to Mike Schwab. | | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.30s | 55.50 |
| ......................24343<br>5/12/06<br>Research re: EAJA. | | George<br>3241-01 Cont.<br>Research | 185.00 | 0.30s | 55.50 |
| ......................24418<br>5/19/06<br>Email to Mike Schwab. | | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.20s | 37.00 |
| ......................24419<br>5/19/06<br>Letter to Mike Schwab. | | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.40s | 74.00 |

For time: s=spent  u=unbillable e=estimated  v=variance

| Date / Start Time Reference Description | Slip# | Timekeeper Client Activity | Rate Level | Time | Total |
|---|---|---|---|---|---|
| .......................24502 | | | 185.00 | 0.20s | 37.00 |
| 5/24/06 Email to Mike Schwab. | | George 3241-01 Cont. Correspondence | | | |

| | | | Qty | Amount | |
|---|---|---|---|---|---|
| .......................24508 | | | | | |
| 5/12/06 DHL - boh6127 | | Emma 3241-01 Cont. $DHL | 1 | 17.29 | 17.29 |

| .......................24774 | | | 185.00 | 0.60s | |
|---|---|---|---|---|---|
| 5/30/06 Revision of petition for attorney fees. | | George 3241-01 Cont. Preparation | | | 111.00 |

| .......................24775 | | | 185.00 | 0.20s | |
|---|---|---|---|---|---|
| 5/30/06 Revision of declaration. | | George 3241-01 Cont. Preparation | | | 37.00 |

| .......................24802 | | | 185.00 | 1.00s | |
|---|---|---|---|---|---|
| 5/31/06 Research re: petition for attorney fees. | | George 3241-01 Cont. Research | | | 185.00 |

| | | | Qty | Amount | |
|---|---|---|---|---|---|
| .......................24946 | | | | | |
| 5/31/06 Fax/Phonebills | | Emma 3241-01 Cont. $Fax/Phonebills | 1 | 10.50 | 10.50 |

| | | | Qty | Amount | |
|---|---|---|---|---|---|
| .......................24994 | | | | | |
| 5/31/06 Mileage | | Emma 3241-01 Cont. $Mileage | 1 | 1.20 | 1.20 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| GRAND TOTAL | | | | | |
| | | Timekeeper | | 94.85s | 17534.00 |
| | | Client | | | 333.00 |
| | | Activity | | | 688.93 |
| | | Billable | | 86.90 | 16942.43 |
| | | Unbillable | | 7.95 | 1613.50 |