```
George L. Hasselback, Esq.
O'Connor Berman Dotts & Banes
Second Floor, Nauru Building P.O. Box 501969
Saipan, MP 96950
Telephone No. (670) 234-5684
Facsimile No. (670) 234-5683
```

FILED
Clerk

MAY -- 2006

For The Northern Mariana Islands
By_____
      (Deputy Clerk)

Attorneys for Plaintiff Bernard Sikimour Phillip

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| BERNARD SIKIMOUR PHILLIP, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> UNITED STATES DEPARTMENT OF ) <br> STATE, UNITED STATES ) <br> IMMIGRATION AND CUSTOMS ) <br> ENFORCEMENT and ) <br> NANCY K. FINN, individually and in ) <br> her official capacity, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL CASE NO. 05-0039 <br><br><br><br><br><br> STIPULATION AND DISMISSAL |

The parties in the above-captioned matter have settled the matter of Plaintiff's entitlement to a United States passport. The parties stipulate that Plaintiff became a citizen of the United States on November 4, 1986, under Section 301(b) of the Covenant to Establish a Commonwealth of the Northern Mariana Islands in Political Union with the United States

//

//



EXHIBIT "C"

of America. The parties stipulate to dismissal of all remaining causes of action with prejudice, with the Court to retain jurisdiction to enforce the terms and conditions of this stipulated agreement reached between the parties and to determine the amount of any attorney's fees recoverable, if any, should the parties be unable to reach an agreement on that issue.

SO STIPULATED

_____
GEORGE L. HASSELBACK, Esq.
Counsel for Plaintiff, Bernard S. Phillip

_____
for MIKEL W. SCHWAB
Assistant U.S. Attorney

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

Dated: 5/3/06

Dated: 5/3/06

## [PROPOSED] ORDER

Based on the stipulation between the parties in this matter, the pleadings and the other papers on file and the applicable law, the Court DECLARES that Bernard Sikimour Phillip has proven to the satisfaction of this Court that he became a citizen of the United States of America on November 4, 1986, under Section 301(b) of the Covenant to Establish a Commonwealth of the Northern Mariana Islands in Political Union with the United States of America, and that he is entitled to all the rights and privileges appertaining thereto.

Furthermore, the Court ORDERS that the remaining causes of action in this lawsuit are hereby dismissed with prejudice. This Court retains jurisdiction in this case to enforce the terms and conditions of the stipulated agreement reached between the parties and to determine the amount of any attorney's fees recoverable, if any, should the parties be unable to reach an agreement on that issue.

Dated: May 5, 2006.

_Alex R. Munson_
Alex R. Munson, Chief Judge

RECEIVED
MAY - 4 2006
Clerk
District Court
The Northern Mariana Islands