F I L E D
Clerk
District Court

JUN 1 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Ave.
4  Hagåtña , Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7215/7334

6  Attorneys for the United States of America

7
              IN THE UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN MARIANA ISLANDS
9

10
   BERNARD SIKIMOUR PHILLIP,      )     CIVIL CASE NO. 05-0039
11                                )
            Plaintiff,            )
12                                )
        vs.                       )
13                                )
   UNITED STATES OF AMERICA,      )     **STIPULATED REQUEST FOR**
14 UNITED STATES DEPARTMENT OF    )     **AMENDED BRIEFING SCHEDULE**
   STATE,                         )
15 UNITED STATES IMMIGRATION AND  )
   CUSTOMS ENFORCEMENT and        )
16 NANCY K. FINN, individually and in her )
   official capacity,             )
17                                )
            Defendants.           )
18                                )

19

20      The parties in the above-captioned matter request an amended briefing schedule.  To

21 facilitate settlement, an amended petition for award of attorney's fees was filed on June 9, 2006.

22 To assist the Court in deciding this case and to give the parties more time to attempt settlement,

23 //

24 //

25 //

26 //

27 //

28 //

the parties agree and hereby humbly request of the Court that the defendant's opposition to plaintiff's amended petition for award of attorney's fees shall be due by 3:30 p.m. Friday, June 23, 2006 and any reply shall be due by 3:30 p.m. Friday, June 30, 2006.

SO STIPULATED:

Dated June 15, 2006

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MIKEL W. SCHWAB
Assistant U.S. Attorney

Dated June 16, 2006

O'CONNOR BERMAN DOTTS & BANES
Attorney for Plaintiff Bernard S. Phillip

By: _____
GEORGE L. HASSELBACK

SO ORDERED this 16TH day of June, 2006

_____
ALEX R. MUNSON
Chief Judge

RECEIVED
JUN 16 2006
Clerk
District Court
The Northern Mariana Islands