1  LEONARDO M. RAPADAS
   United States Attorney
2  MIKEL W. SCHWAB
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Tel: (671) 472-7332
5  Fax: (671) 472-7215

6  Attorneys for United States of America

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN MARIANA ISLANDS

9  BERNARD SIKIMOUR PHILLIP,          )    CIVIL CASE NO. 05-0039
                                      )
10             Plaintiff,             )
                                      )
11       vs.                          )    **OFFER OF JUDGMENT**
                                      )    **PURSUANT TO**
12                                    )    **FED.R.CIV.P. RULE 68**
   UNITED STATES OF AMERICA,          )
13 UNITED STATES DEPARTMENT OF        )
   STATE, UNITED STATES               )
14 IMMIGRATION AND CUSTOMS            )
   ENFORCEMENT, and NANCY K.          )
15 FINN, individually and in her official )
   capacity,                         )
16                                    )
               Defendants.            )
17 _____ )

18

19       This is an offer of Judgment for Nine Hundred Dollars  ($900.00) pursuant to

20 Federal Rules of Civil Procedure, Rule 68.  This offer is inclusive of costs and fees, and is

21 not an admission of liability.  If within ten (10 ) days after the service of this offer you

22 accept, either party may then file this offer and notice of acceptance together with proof

23 of service thereof and there upon the clerk shall enter judgment.

       SO SUBMITTED this ___day of May 2006.
24

25                                    LEONARDO M. RAPADAS
                                      United States Attorney
26                                    District of Guam and NMI

27     Law Offices                    BY: _____
   O'Connor Berman Dotts & Banes
28                                    MIKEL W. SCHWAB
       RECEIVED                       Assistant U.S. Attorney
   By: Uhen Bautista
   Date:    6|2|06
   Time:    4:03pm

EXHIBIT

1