1 | LEONARDO M. RAPADAS
United States Attorney
2 | MIKEL W. SCHWAB
Assistant U.S. Attorney
3 | Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
4 | Hagåtña , Guam 96910
TEL: (671) 472-7332
5 | FAX: (671) 472-7215/7334

6 | Attorneys for the United States of America

7

        IN THE UNITED STATES DISTRICT COURT

8

        FOR THE NORTHERN MARIANA ISLANDS

9

10

| BERNARD SIKIMOUR PHILLIP, | ) | CIVIL CASE NO. 05-0039 |
|---|---|---|
11 | | ) | |
| Plaintiff, | ) | |
12 | | ) | |
| vs. | ) | |
13 | | ) | |
| UNITED STATES OF AMERICA, | ) | **CERTIFICATE OF SERVICE** |
14 | UNITED STATES DEPARTMENT OF | ) | |
| STATE, | ) | |
15 | UNITED STATES IMMIGRATION AND | ) | |
| CUSTOMS ENFORCEMENT and | ) | |
16 | NANCY K. FINN, individually and in her | ) | |
| official capacity, | ) | |
17 | | ) | |
| Defendants. | ) | |
18 | | ) | |

19     I, Marie Chenery, working in the U.S. Attorney's Office, hereby certify that a copy of the

20 Opposition to Attorney's Fees in the above-captioned case was served via e-mail to

21 george.hasselback@gmail.com and via U.S. Mail to George L. Hasselback, Esq. of O'Connor

22 Berman Dotts & Banes, Second Floor, Nauru Building, P.O. Box 501969, Saipan, MP  96950-

23 1969.

24
    Dated: June 23, 2006

25                 _____
                MARIE CHENERY
26                 Paralegal

27

28