**George L. Hasselback, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Bernard Sikimour Phillip*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **Bernard Sikimour Phillip,** ) | **CIVIL CASE NO. 05-0039** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **AMENDED DECLARATION OF** |
| **U.S. SECRETARY OF STATE,** ) | **GEORGE L. HASSELBACK** |
| **UNITED STATES OF AMERICA,** ) | |
| **UNITED STATES IMMIGRATION AND** ) | |
| **CUSTOMS ENFORCEMENT and** ) | |
| **AVIATION SERVICES LTD., dba** ) | |
| **FREEDOM AIR ,** ) | |
| ) | |
| Defendants. ) | |

I, George L. Hasselback, declare under the penalty of perjury according to the laws of the Commonwealth of the Northern Mariana Islands and the United States of America, that the following is true and based upon my personal knowledge, except where noted otherwise, and if called to testify, I could do so competently:

1. In my capacity as attorney for Plaintiff Bernard Sikimour Phillip ("Mr. Phillip"), I instructed my offices' accounting staff to prepare an itemized summary of the expenses and attorney fees incurred by Mr. Phillip in litigating the question of the award of attorney fees from the Defendants. A copy of this summary is attached hereto as "Exhibit A."

1

2. The hours reflected on this itemized billing statement constitute the work done on behalf of Mr. Phillip by the attorneys and staff of my office beginning on the date upon which the previous itemized billing ceased (that which was attached to my initial declaration in support of this Petition) ceased and cover the period up to and including the final preparation and filing of the Reply to Defendants' Opposition to this Petition.

3. At the normal hourly rate charged by the attorneys in our office, Mr. Phillip has incurred an additional $3,805.00 in attorney fees litigating the question of attorney fees.

4. At the rate mandated by the Equal Access To Justice Act, Mr. Phillip has incurred an additional $2,737.50 in attorney fees litigating the question of attorney fees.

5. Mr. Phillip has expressed to me a desire that this Court be fully informed of the amount of attorney fees he has incurred due to litigating the question of his entitlement to collect attorney fees under the Equal Access To Justice Act.

Signed on Saipan, Commonwealth of the Northern Mariana Islands, this 3rd day of July, 2006:

_____/s/_____
George L. Hasselback

K:\3000\3241-01 Bernard Phillip\Pleadings\Draft Pleadings\3241-01-070306-PL-GLHSuppDecl-glh.doc