# BERNARD PHILLIP
## SUMMARY OF FEES AND COSTS (ADDITIONAL)

**1.) AT NORMAL RATE:**

| | |
|---|---|
| ATTORNEYS FEES (14.50HRS.) | $ 3,805.00 |
| COSTS OF ACTION | - |
| TOTAL | $ 3,805.00 |

**BREAKDOWN:**

| | |
|---|---|
| JOSEPH E. HOREY (0.30 HR. @230.00/HOUR) | $      69.00 |
| GEORGE L. HASSELBACK (17.60 HRS. @$185.00/HR.) | 3,256.00 |
| MEAGHAN H. SHEARER (4.0 HRS. @$120.00/HR.) | 480.00 |
| TOTAL | $ 3,805.00 |

**2.) AT STATUTORY RATE OF $125.00/HOUR:**

| | |
|---|---|
| ATTORNEYS FEES (21.90HRS.) | $ 2,737.50 |
| COSTS OF ACTION | - |
| TOTAL | $ 2,737.50 |

===========================Selection Criteria===========================

| | |
|---|---|
| Date range | :  5/1/06 through  6/30/06 |
| Slip numbers | :All |
| Timekeeper | :Jed                              :Meaghan |
| Client | :3241-01 Cont. |
| Activity | :All |
| Custom Fields | :All |
| Reference | :All |
| Slip status | :Open |
| Billing status | :All |
| Rate source | :All at level All |
| Bookmark slips | :Not checked |
| Hours | :All |
| Dollars | :All |
| Variance | :Not checked |

For time:  s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| .........................25151<br>5/31/06<br>Meeting with George re offer of judgment. (bill to Bernard Phillip) | | Jed<br>3241-01 Cont.<br>Meeting | 230.00<br>1 | 0.30s | 69.00 |
| .........................25856<br>5/12/06<br>Researching procedure to retain attorney fees. | | Meaghan<br>3241-01 Cont.<br>Research | 120.00<br>1 | 2.00s | 240.00 |
| .........................25857<br>5/12/06<br>Drafting a motion to recover attorney fees. | | Meaghan<br>3241-01 Cont.<br>Draft | 120.00<br>1 | 2.00s | 240.00 |

GRAND TOTAL

| | | |
|---|---|---|
| Timekeeper | 4.30s | 549.00 |
| Client | | 0.00 |
| Activity | | 0.00 |
| Billable | 4.30 | 549.00 |
| Unbillable | | 0.00 |

```
════════════════════════════════Selection Criteria═══════════════════════════
Date range              :  6/1/06 through  6/30/06
Slip numbers            :All
Timekeeper              :All
Client                  :3241-01 Cont.
Activity                :All
Custom Fields           :All
Reference               :All
Slip status             :Open
Billing status          :All
Rate source             :All at level All
Bookmark slips          :Not checked
Hours                   :All
Dollars                 :All
Variance                :Not checked
```

For time:  s=spent   u=unbillable   e=estimated    v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ....................26157<br>6/2/06<br>Preparation of petition for attorney fees and costs. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.60s | 111.00 |
| ....................26162<br>6/2/06<br>Preparation of petition for attorney fees and costs. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.40s | 74.00 |
| ....................26170<br>6/5/06<br>Follow up on petition for attorney fees. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.30s | 55.50 |
| ....................26181<br>6/5/06<br>Follow up re: offer of settlement for fee litigation. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.40s | 74.00 |

For time:  s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ..........................<br>6/5/06<br>Revision of demand for attorney fees. | 26185 | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.40s | 74.00 |
| ..........................<br>6/6/06<br>Phone call to Jane Mack re: draft of declaration. | 26199 | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.30s | 55.50 |
| ..........................<br>6/6/06<br>Phone call to Court personnel re: filing of amended petition. | 26207 | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ..........................<br>6/7/06<br>Email to U.S. Attorney re: amended petition for attorney fees. | 26212 | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.20s | 37.00 |
| ..........................<br>6/7/06<br>Review of expense/attorney fee breakdown. | 26215 | George<br>3241-01 Cont.<br>Review | 185.00 | 0.30s | 55.50 |
| ..........................<br>6/7/06<br>Draft of Jane Mack declaration. | 26217 | George<br>3241-01 Cont.<br>Draft | 185.00 | 0.70s | 129.50 |
| ..........................<br>6/8/06<br>Review of declaration by Jane Mack. | 26239 | George<br>3241-01 Cont.<br>Review | 185.00 | 0.40s | 74.00 |

For time: s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| 6/8/06<br>Phone call to Mikel Schwab re: amended petition for attorney fees. | 26240 | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| 6/8/06<br>Fax to Mikel Schwab. | 26241 | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.30s | 55.50 |
| 6/9/06<br>Draft of Declaration. | 26262 | George<br>3241-01 Cont.<br>Draft | 185.00 | 0.80s | 148.00 |
| 6/9/06<br>Revision of petition. | 26263 | George<br>3241-01 Cont.<br>Preparation | 185.00 | 1.20s | 222.00 |
| 6/9/06<br>Assembly of exhibits to amended petition. | 26265 | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.40s | 74.00 |
| 6/9/06<br>Draft of letter to Mikel Schwab re: amended petition for fees. | 26266 | George<br>3241-01 Cont.<br>Draft | 185.00 | 0.20s | 37.00 |
| 6/13/06<br>Email and letter to Mikel Schwab. | 26285 | George<br>3241-01 Cont.<br>Correspondence | 185.00 | 0.40s | 74.00 |

For time: s=spent  u=unbillable  e=estimated  v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| ......................26299<br>6/14/06<br>Response to email from Mikel Schwab. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.40s | 74.00 |
| ......................26322<br>6/15/06<br>Review of fax from Mikel Schwab and response thereto. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.30s | 55.50 |
| ......................26331<br>6/15/06<br>Follow up re: stipulated extension. | | George<br>3241-01 Cont.<br>Preparation | 185.00 | 0.40s | 74.00 |
| ......................26337<br>6/16/06<br>Phone call from U.S. Attorney re: Stipulation. | | George<br>3241-01 Cont.<br>Phone call | 185.00 | 0.20s | 37.00 |
| ......................26348<br>6/16/06<br>Review of order from court re: new brief schedule. | | George<br>3241-01 Cont.<br>Review | 185.00 | 0.20s | 37.00 |
| ......................26424<br>6/26/06<br>Review of opposition to attorney fee motion. | | George<br>3241-01 Cont.<br>Review | 185.00 | 1.00s | 185.00 |
| ......................26497<br>6/29/06<br>Draft of reply to opposition to attorney fee petition. | | George<br>3241-01 Cont.<br>Draft | 185.00 | 3.00s | 555.00 |

For time:  s=spent   u=unbillable   e=estimated   v=variance

| Date / Start Time<br>Reference<br>Description | Slip# | Timekeeper<br>Client<br>Activity | Rate<br>Level | Time | Total |
|---|---|---|---|---|---|
| | ...26499 | | 185.00 | 1.20s | 222.00 |
| 6/29/06<br>Research re: substantial justification with regard to the EAJA. | | George<br>3241-01 Cont.<br>Research | | | |
| | ...26501 | | 185.00 | 2.00s | 370.00 |
| 6/29/06<br>Revision of reply. | | George<br>3241-01 Cont.<br>Preparation | | | |
| | ...26503 | | 185.00 | 0.50s | 92.50 |
| 6/30/06<br>Revision of reply to opposition. | | George<br>3241-01 Cont.<br>Preparation | | | |
| | ...26504 | | 185.00 | 0.30s | 55.50 |
| 6/30/06<br>Meeting with Jed Horey re: revision of reply. | | George<br>3241-01 Cont.<br>Meeting | | | |
| | ...26505 | | 185.00 | 0.40s | 74.00 |
| 6/30/06<br>Revision of reply. | | George<br>3241-01 Cont.<br>Preparation | | | |

| GRAND TOTAL | | | | | |
|---|---|---|---|---|---|
| | | Timekeeper | | 17.60s | 3256.00 |
| | | Client | | | 0.00 |
| | | Activity | | | 0.00 |
| | | Billable | | 17.60 | 3256.00 |
| | | Unbillable | | | 0.00 |